DAVID B. GOLUBCHIK (State Bar No. 185520)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.com; JSK@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor and Plaintiff

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>OFFCAMBER, LLC,<br><br>     Debtor. | Case No. 21-03262-MM11<br><br>Chapter 11<br>(Subchapter V) |
| OFFCAMBER, LLC,<br><br>     Plaintiff,<br><br> v.<br><br>BERNARD GOLDSTEIN AND MARINA<br>GOLDSTEIN, TRUSTEES OF THE<br>BERNARD GOLDSTEIN AND MARINA<br>GOLDSTEIN FAMILY TRUST DATED AS<br>OF AUGUST 20, 1998,<br><br>     Defendant. | Adv. Proc. No. _____<br><br>**COMPLAINT TO AUTHORIZE SALE OF REAL PROPERTIES IN WHICH CO-OWNER HOLDS INTERESTS PURSUANT TO 11 U.S.C § 363(h)**<br><br>[11 U.S.C. §§ 363(h)] |

For its "Complaint to Authorize Sale of Real Properties In Which Co-Owner Holds Interests Pursuant to 11 U.S.C. § 363(h)" (the "Complaint"), plaintiff, Offcamber, LLC, debtor and debtor in possession and plaintiff herein ("Plaintiff" or "Debtor") alleges and avers as follows:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 157(b)(1) and 1334(a). This action is a core proceeding under 28 U.S.C.  § 157(b)(2)(A) and (0). This action is a proceeding arising in and/or related to the bankruptcy case of In re Offcamber, LLC, Case No. 21-03262-MM11 (the "Bankruptcy Case"), which is a case under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq., (the "Bankruptcy Code"), and which is pending in the United States Bankruptcy Court for the Southern District of California (the "Bankruptcy Court" or "Court").

2.      Plaintiff consents to the entry of a final order and judgment by the Bankruptcy Court.

3.      Venue of this adversary proceeding properly lies in this judicial district pursuant to 28 U.S.C. § 1409(a).

### PARTIES

4.      On August 11, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the Bankruptcy Case.

5.      Plaintiff is informed and believes, and on that basis alleges thereon, that defendant Bernard Goldstein And Marina Goldstein Family Trust Dated As Of August 20, 1998, by and through its trustees, Bernard Goldstein and Marina Goldstein (the "Defendant"), is, and at all material times was a family trust created for the benefit of Bernard and Marina Goldstein and domiciled and/or doing business in the State of California in this judicial district.

### ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

6.      Giniev Abdoulkhalik and Aminat Sharipova (collectively, the "Majority Owners"), predecessors in interest to the Debtor, reside in Russia.

7.     Bernard Goldstein ("Goldstein"), one of the trustees of the Defendant, was a family friend of the Majority Owners.  On numerous occasions, the Majority Owners would visit Goldstein in Carlsbad and vacation with Goldstein and his family.  After numerous trips, the Majority Owners and Goldstein agreed to acquire real properties to hold over time and resell in the future as the real estate market improved.

8.     In that respect, on or about June 6, 2002, Defendant, Giniev Abdoulkhalik and Aminat Sharipova purchased that certain single family residence located at 363 Carlsbad Village Dr, Carlsbad, CA 92008 (APN: 203-175-05-00) (the "Carlsbad House"), with each party holding a 1/3 interest in the Carlsbad House as joint tenants.  See Grant Deed for the Carlsbad House attached hereto as **Exhibit "A"**.

9.     On or about June 6, 2002, Defendant, Giniev Abdoulkhalik and Aminat Sharipova purchased that certain single family residence located at 354 Oak Ave, Carlsbad, CA 92008-2944 (APN: 203-261-03-00) (the "Oak House" and collectively with the Carlsbad House, the "Homes"), with each party holding a 1/3 interest in the Oak House as joint tenants.  See Grant Deed for the Oak House also included within the description in **Exhibit "A"** hereto.

10.    Over the years since the purchase of the Homes, the Majority Owners would send funds to Goldstein for maintenance and upkeep of the Homes.  However, the Homes remained vacant during this time.

11.    In the year 2018, communication between the Majority Owners and Goldstein ceased.  Majority Owners called Goldstein on numerous occasions but were unable to reach him. Majority Owners also emailed Goldstein on numerous occasions but did not receive a response.

12.    Being concerned with the effective disappearance of Goldstein and the Majority Owners' investment in the Homes, the Majority Owners hired a private investigator, O & O Investigations, Inc. ("Investigator"), to research the current situation.

13.    The Investigator visited the Homes and found no information as to the whereabouts of Goldstein.  The Investigator visited the last known residence of Goldstein and was not able to determine that the residence is occupied.  The Investigator contacted neighboring

1    property owners and was advised that they have not heard from, or seen, Goldstein over one (1)

2    year.

3          14.    Through further investigations, the Investigator determined that the United States

4    attorneys' Office for the Southern District of San Diego commenced an action against Goldstein

5    for alleged financial dealings.

6          15.    Having determined that their partner is not available and in order to protect their

7    investment, the Majority Owners formed the Plaintiff, as a California entity, and transferred their

8    interests in the Homes to the Plaintiff.  See Grant Deeds for the Homes attached hereto as

9    **Exhibits "B"** and **"C"**.   The Plaintiff is therefore the 2/3 owner of both Homes.

10          16.    The Plaintiff determined that it is necessary and proper to sell the Homes.  The

11    Plaintiff does not seek to deprive Defendant of its 1/3 interest in the Homes.  Rather, Plaintiff

12    seeks to sell the Homes and turn over Defendant's portion of the sale proceeds to the Defendant

13    or the appropriate person or entity on behalf of the Defendant.

14    **FIRST CLAIM FOR RELIEF**

15    **(Sale of Both the Estate's Interest and the Interests of Defendant in the Carlsbad Property,**

16    **Pursuant to 11 U.S.C. § 363(h))**

17          17.    Plaintiff realleges and incorporates herein by reference each and every allegation

18    contained in Paragraphs 1 through 16 as though set forth in full.

19          18.    Plaintiff is informed and believes, and on that basis alleges thereon, that partition

20    in kind of the Carlsbad Property among the estate and Defendant is impracticable.

21          19.    Plaintiff is informed and believes, and on that basis alleges thereon, that the sale of

22    the estate's undivided interest in the Carlsbad Property would realize significantly less for the

23    estate than the sale of the Carlsbad Property free of the interests of Defendant.

24          20.    Plaintiff is informed and believes, and on that basis alleges thereon, that the benefit

25    to the estate of a sale of the Carlsbad Property free of the interests of Defendant outweighs the

26    detriment, if any, to Defendant.

27

28

4

21.    Plaintiff is informed and believes, and on that basis alleges thereon, that the Carlsbad Property is not used in the production, transmission, or distribution, for sale, of electric energy or of natural or synthetic gas for heat, light, or power.

22.    For the aforementioned reasons, Plaintiff may sell both the estate's interest, under 11 U.S.C. § 363(b), and the interests of Defendant in the Carlsbad Property, pursuant to 11 U.S.C. § 363(h).

## SECOND CLAIM FOR RELIEF

**(Sale of Both the Estate's Interest and the Interests of Defendants in the Murrieta Property, Pursuant to 11 U.S.C. § 363(h))**

23.    Plaintiff realleges and incorporates herein by reference each and every allegation contained in Paragraphs 1 through 16 as though set forth in full.

24.    Plaintiff is informed and believes, and on that basis ·alleges thereon, that partition in kind of the Oak Property among the estate and Defendant is impracticable.

25.    Plaintiff is informed and believes, and on that basis alleges thereon, that the sale of the estate's undivided interest in the Oak Property would realize significantly less for the estate than the sale of the Oak Property free of the interests of Defendant.

26.    Plaintiff is informed and believes, and on that basis alleges thereon, that the benefit to the estate of a sale of the Oak Property free of the interests of Defendant outweighs the detriment, if any, to Defendant.

27.    Plaintiff is informed and believes, and on that basis alleges thereon, that the Oak Property is not used in the production, transmission, or distribution, for sale, of electric energy or of natural or synthetic gas for heat, light, or power.

28.    For the aforementioned reasons, Plaintiff may sell both the estate's interest, under 11 U.S.C. § 363(b), and the interests of Defendant in the Oak Property, pursuant to 11 U.S.C. § 363(h).

/ / /

/ / /

/ / /

5

**WHEREFORE**, Plaintiff prays for the following relief against Defendant:

**ON THE FIRST CLAIM FOR RELIEF**

1.      For a judgment that Plaintiff may sell both the estate's interest, pursuant to 11 U.S.C. § 363(b), and Defendant's interests, pursuant to 11 U.S.C. § 363(h), in the Carlsbad Property;

**ON THE SECOND CLAIM FOR RELIEF**

2.      For a judgment that Plaintiff may sell both the Estate's interest, pursuant to 11 U.S.C. § 363(b), and the Defendant's interests, pursuant to 11 U.S.C. § 363(h), in the Oak Property;

**ON ALL CLAIMS FOR RELIEF**

3.      For any other and further relief as the Court deems just and proper.

DATED: August 12, 2021              LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.


By:  _____*/s/ David B. Golubchik*_____
                        DAVID B. GOLUBCHIK
                        JEFFREY S. KWONG
                  Proposed Attorneys for Plaintiff and Chapter 11
                  Debtor, Offcamber, LLC

6

# EXHIBIT "A"

PLEASE COMPLETE THIS INFORMATION.

**28741**

RECORDING REQUESTED BY:
**SOUTHLAND TITLE OF SAN DIEGO**
AND WHEN RECORDED MAIL TO:

Goldstein Trust
160 Tamarack
Carlsbad, CA
92008

**DOC # 2003-0274594**

MAR 11, 2003 4:59 PM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:      19.00
OC:        NA

2003-0274594

*THIS SPACE FOR RECORDER'S USE ONLY*

Grant Deed
(Please fill in document title(s) on this line)

(Rerecorded to add Parcel 2)

RE-RECORDED

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec.Form #R25

RECORDING REQUESTED BY:
**Southland Title - San Diego**

AND WHEN RECORDED MAIL TO:

**Goldstein Family Trust /and/or assignee**
**363 Carlsbad Village Drive**
**Carlsbad, CA 92008**

A.P.N.: 203-261-03 and 203-175-5
Order No.: 32331495
Escrow No.: DB5993-GS

203-175-05

**DOC # 2002-0609686**

28742   JUL 19, 2002  3:59  PM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:        955.00
OC:            OC

SPACE ABOVE THIS LINE

**GRANT DEED**

203-175-05 / 203-261-03

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX IS $935.00

[X] Computed on full value of property conveyed, or
Computed on full value less value of liens or encumbrances remaining at time of sale
Unincorporated area:    (x)  City of Carlsbad

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged

**Green Eagle Enterprise, a California Corporation and Ted T. Tanaka and Diana Y.T. Ho, Husband and wife as joint tenants as to an undivided 1/2 interest all as tenants in common.**

hereby GRANT(S) to Bernard Goldstein and Marina Goldstein, trustees of Bernard Goldstein and Marina Goldstein family trust dated August 20,1998, as to an undivided 33.33% interest, and Gindiev Abdoulkhalik, as to an undivided 33.33% interest, and Aminat Sharipova, as to an undivided 33.33% interest, all as joint tenants the following described property, in the County of San Diego, State of California.

Legal description attached hereto and made part hereof as Exhibit "A"

Dated:  **June 6, 2002**

STATE OF CALIFORNIA
COUNTY OF _Los Angeles_                    } SS.

On _June 6  2002_                          before me

a Notary Public in and for said County and State, personally
appeared _Ted T. Tanaka & Diana Y.T. Ho_
_Karl Napa_

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____
            Signature of Notary

Green Eagle Enterprise

By: _____
    Karl Napa, President

Ted T. Tanaka _____

Diana Y.T. Ho _____

BOBBY BEDI
Comm. # 1219413
NOTARY PUBLIC - CALIFORNIA
San Bernardino County
My Comm. Expires May 14, 2003

(This Area for Notary Seal Only)

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

ORDER NO. 32331495

## 28743

EXHIBIT "A"

The Southwesterly one half of the following described property:

All that portion of Tract 98, of Carlsbad Lands, in the City of Carlsbad, County of San Diego, State of California, according to the Map thereof No. 1661, filed in the Office of the County Recorder of San Diego County, March 1, 1915, described as follows:

Beginning at a point on the centerline of Elm Avenue, distant thereon North 55°27' East 290 feet from its intersection with the centerline of Lincoln Street, the point of beginning being the intersection of said centerline of Elm Avenue and the Northwesterly prolongation of the Northeasterly line of that tract of land conveyed by the South Coast Land Company to Alfred S. and Nellie S. Cook by Deed dated April 27, 1929 and recorded In Book 1629, Page 421 of Deeds; thence along the said centerline of Elm Avenue, North 55°27' East a distance of 99.70 feet more or less, to the Northwesterly corner of that tract of land as conveyed by the South Coast Land Company to Roy G. and Idella I. Chase, by Deed dated February 18, 1925 and recorded In Book 1056, Page 167 Records of Deeds; thence along the Southwesterly line of said Chase Tract, South 34°33' East a distance of 240.00 feet to the Southwesterly corner thereof; thence along the Southeasterly line of said Tract 98, South 55°27' West a distance of 99.70 feet more or less, to the Southeasterly corner of said Cook Tract; thence along the Northeasterly line of said Cook Tract and its Northwesterly prolongation North 34°33' West a distance of 240.00 feet to the point of beginning.

Assessor's Parcel No. 203-175-05

3

**28744**

## General Acknowledgement

STATE OF CALIFORNIA
COUNTY OF _Los Angeles_ } SS.

On _3-10-03_ before me, _____
_Bobby Bedi_
personally appeared _Karl Nagai and_
_Ted T. Tanaka and Diana Y.T. Ho_

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _PBBedi_

⊗ **SOUTHLAND TITLE CORPORATION**

FOR NOTARY SEAL OR STAMP

BOBBY BEDI
Comm. # 1219413
NOTARY PUBLIC - CALIFORNIA
San Bernardino County
My Comm. Expires May 14, 2003

**ATTENTION NOTARY:** Although the information requested below is OPTIONAL, it could prevent fraudulent attachment of this certificate to another document

THIS CERTIFICATE MUST BE ATTACHED TO THE DOCUMENT DESCRIBED AT RIGHT:

Title of Type of Document _Grant Deed_
Number of Pages _____ Date of Document _June 6, 2002_
Signer(s) Other Than Named Above _____

---

## General Acknowledgement

STATE OF CALIFORNIA
COUNTY OF _____ } SS.

On _____ before me, _____

personally appeared _____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

⊗ **SOUTHLAND TITLE CORPORATION**

FOR NOTARY SEAL OR STAMP

**ATTENTION NOTARY:** Although the information requested below is OPTIONAL, it could prevent fraudulent attachment of this certificate to another document

THIS CERTIFICATE MUST BE ATTACHED TO THE DOCUMENT DESCRIBED AT RIGHT:

Title of Type of Document _____
Number of Pages _____ Date of Document _____
Signer(s) Other Than Named Above _____

TT-1100 (ST) (1/94) Acknowledgment

28745                    ORDER NO. 32331495

EXHIBIT "A"

**Parcel 1:**

The Southwesterly one half of the following described property:

All that portion of Tract 98, of Carlsbad Lands, in the City of Carlsbad, County of San Diego, State of California, according to the Map thereof No. 1661, filed in the Office of the County Recorder of San Diego County, March 1, 1915, described as follows:

Beginning at a point on the centerline of Elm Avenue, distant thereon North 55°27' East 290 feet from its intersection with the centerline of Lincoln Street, the point of beginning being the intersection of said centerline of Elm Avenue and the Northwesterly prolongation of the Northeasterly line of that tract of land conveyed by the South Coast Land Company to Alfred S. and Nellie S. Cook by Deed dated April 27, 1929 and recorded In Book 1629, Page 421 of Deeds; thence along the said centerline of Elm Avenue, North 55°27' East a distance of 99.70 feet more or less, to the Northwesterly corner of that tract of land as conveyed by the South Coast Land Company to Roy G. and Idella I. Chase, by Deed dated February 18, 1925 and recorded In Book 1056, Page 167 Records of Deeds; thence along the Southwesterly line of said Chase Tract, South 34°33' East a distance of 240.00 feet to the Southwesterly corner thereof; thence along the Southeasterly line of said Tract 98, South 55°27' West a distance of 99.70 feet more or less, to the Southeasterly corner of said Cook Tract; thence along the Northeasterly line of said Cook Tract and its Northwesterly prolongation North 34°33' West a distance of 240.00 feet to the point of beginning.

**Parcel 2:**

The Southwesterly 75 feet of the Northeasterly half of the Southeasterly half of Block 16 of the Town of Carlsbad, in the City of Carlsbad, County of San Diego, State of California, according to Map thereof No. 535, filed in the office of the County Recorder of San Diego County May 2, 1888, the Northeasterly and Southwesterly boundary lines of said parcel being parallel with the Northeasterly boundary line of said Block 16.

**Assessor's Parcel No. 203-175-05 and 203-261-03**

3

016007   DOC # 2002-0609686

JUL 19, 2002 3:59 PM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:      955.00
OC:        0C

RECORDING REQUESTED BY:
**Southland Title - San Diego**

AND WHEN RECORDED MAIL TO:

Goldstein Family Trust /and/or assignee
363 Carlsbad Village  Drive
Carlsbad, CA 92008

A.P.N.: 203-261-03 and 203-175-5
Order No.:  32331495
Escrow No.:  DB5993-GS

*203-175-05*

2002-0609686

SPACE ABOVE THIS LIN

**GRANT DEED**

*303-175-05*

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX IS $935.00

[X] Computed on full value of property conveyed, or
☐ Computed on full value less value of liens or encumbrances remaining at time of sale
Unincorporated area:     (x) City of Carlsbad

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged

**Green Eagle Enterprise, a California Corporation and Ted T. Tanaka and Diana Y.T. Ho, Husband and wife as joint tenants as to an undivided 1/2 interest all as tenants in common.**

hereby GRANT(S) to Bernard Goldstein and Marina Goldstein, trustees of Bernard Goldstein and Marina Goldstein family trust dated August 20,1998, as to an undivided 33.33% interest, and Gindiev Abdoulkhalik, as to an undivided 33.33% interest, and Aminat Sharipova, as to an undivided 33.33% interest, all as joint tenants
the following described property in the County of **San Diego**, State of California.

Legal description attached hereto and made part hereof as Exhibit "A"

Dated:  **June 6, 2002**

STATE OF CALIFORNIA
COUNTY OF ___*Los Angeles*___         } SS.

On ___*June 6  2002*___         before me

a Notary Public in and for said County and State, personally
appeared ___*Ted T. Tanaka & Diana Y.T. Ho*___
___*Karl Napa*___

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature ___*BBedi*___
Signature of Notary

Green Eagle Enterprise

By: ___*Karl Napa, President*___

Ted T. Tanaka

Diana Y.T. Ho

BOBBY BEDI
Comm. # 1219413
NOTARY PUBLIC-CALIFORNIA
San Bernardino County
My Comm. Expires May 14, 2003

(This Area for Notary Seal Only)

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

016008

ORDER NO. 32331495

EXHIBIT "A"

The Southwesterly one half of the following described property:

All that portion of Tract 98, of Carlsbad Lands, in the City of Carlsbad, County of San Diego, State of California, according to the Map thereof No. 1661, filed in the Office of the County Recorder of San Diego County, March 1, 1915, described as follows:

Beginning at a point on the centerline of Elm Avenue, distant thereon North 55°27' East 290 feet from its intersection with the centerline of Lincoln Street, the point of beginning being the intersection of said centerline of Elm Avenue and the Northwesterly prolongation of the Northeasterly line of that tract of land conveyed by the South Coast Land Company to Alfred S. and Nellie S. Cook by Deed dated April 27, 1929 and recorded In Book 1629, Page 421 of Deeds; thence along the said centerline of Elm Avenue, North 55°27' East a distance of 99.70 feet more or less, to the Northwesterly corner of that tract of land as conveyed by the South Coast Land Company to Roy G. and Idella I. Chase, by Deed dated February 18, 1925 and recorded In Book 1056, Page 167 Records of Deeds; thence along the Southwesterly line of said Chase Tract, South 34°33' East a distance of 240.00 feet to the Southwesterly corner thereof; thence along the Southeasterly line of said Tract 98, South 55°27' West a distance of 99.70 feet more or less, to the Southeasterly corner of said Cook Tract; thence along the Northeasterly line of said Cook Tract and its Northwesterly prolongation North 34°33' West a distance of 240.00 feet to the point of beginning.

Assessor's Parcel No. 203-175-05

**EXHIBIT "B"**

RECORDING REQUESTED BY

NAME: *Stephanie Reichert*

**WHEN RECORDED MAIL TO:**

NAME: Levene Neale Bender Yoo & Brill
10250 Constellation Blvd #1700
Los Angeles, CA 90067

ADDRESS:

CITY / STATE / ZIP:

(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS IDENTIFIED ABOVE)

DOC# 2021-0525029

Jul 23, 2021   08:00 AM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $249.00   (SB2 Atkins: $150.00)
PCOR: YES
PAGES: 26

(SPACE ABOVE FOR RECORDER'S USE)

# Grant Deed

**(DOCUMENT TITLE)**

SEPARATE PAGE, PURSUANT TO CA. GOV'T. CODE 27361.6

2

RECORDING REQUESTED BY

NAME: *Stephanie Reichert*

**WHEN RECORDED MAIL TO:**

NAME: Levene Neale Bender Yoo & Brill

10250 Constellation Blvd #1700
Los Angeles, CA 90067

ADDRESS:

CITY / STATE / ZIP:

(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS IDENTIFIED ABOVE)

(SPACE ABOVE FOR RECORDER'S USE)

# Grant Deed

## (DOCUMENT TITLE)

SEPARATE PAGE, PURSUANT TO CA. GOV'T. CODE 27361.6

**RECORDING REQUESTED BY:**

Levene, Neale, Bender, Yoo & Brill L.L.P.

**WHEN RECORDED MAIL TO AND MAIL TAX
STATEMENTS TO:**

Name: David Golubchik, Esq.

Address: 10250 Constellation Blvd. #1700

City: Los Angeles

State, Zip: CA 90067

Above Space for Recorder's Use Only

# GRANT DEED

Title Order No. 32331495         Escrow No. DB5993-GS         APN No. 203-175-05

THE UNDERSIGNED GRANTOR(s) DECLARE(s)

DOCUMENTARY TRANSFER TAX is $ 0.00                    CITY TAX $ 0.00

The current title holders formed an LLC. Same individuals own the LLC in same percentages, so there is no change in ownership structure.

- [✓] Computed on full value of property conveyed, or
- [ ] Computed on full value less value of liens or encumbrances remaining at time of sale,
- [ ] Unincorporated area    [✓] City of Carlsbad                    , and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Gindiev Abdoulkhalik, as to an undivided 33.33% interest, and Aminat Sharipova, as to an undivided 33.33% interest

Hereby GRANT(s) to
Offcamber LLC, a California Limited Liability Company

The following described real property in the County of: San Diego                    , State of California:

363 Carlsbad Village Dr, Carlsbad, CA 92008;   APN: 203-175-05·
Legal description attached hereto and made part hereof as Exhibit "A".

6/21/21
Date

THE GRANTORS AND GRANTEES IN THIS
CONVEYANCE ARE COMPRISED OF THE
~~SAME PARTIES~~ WHO CONTINUE TO HOLD
THE SAME PROPORTIONATE
INTEREST IN THE PROPERTY, R&T 11925(d)

_Gindiev Abdoulkalik by Oleg Flaksman as his attorney in fact_
Signature
Gindiev Abdoulkhalik by Oleg Flaksman as his attorney in fact

_Aminat Sharipova by Oleg Flaksman as his attorney in fact_
Signature
Aminat Sharipova by Oleg Flaksman as her attorney in fact

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is
attached, and not to the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

County of San Bernardino                    } ss

On June 21, 2021                    before me, Carol Anne Lee Notary Public
       Date                                         Name and Title of officer

personally appeared Oleg Flaksman                    who proved to me on the basis of satisfactory
evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the
entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

_Carol Anne Lee_
Notary Signature

CAROL ANNE LEE
Notary Public - California
San Bernardino County
Commission # 2341173
My Comm. Expires Jan 19, 2025

WITNESS my hand and official seal

GD (03/13/2015)                    MAIL TAX STATEMENTS TO ADDRESS AS SHOWN ABOVE

: **28745**                    ORDER NO. 32331495

EXHIBIT "A"

**Parcel 1:**

The Southwesterly one half of the following described property:

All that portion of Tract 98, of Carlsbad Lands, in the City of Carlsbad, County of San Diego, State of California, according to the Map thereof No. 1661, filed in the Office of the County Recorder of San Diego County, March 1, 1915, described as follows:

Beginning at a point on the centerline of Elm Avenue, distant thereon North 55°27' East 290 feet from its intersection with the centerline of Lincoln Street, the point of beginning being the intersection of said centerline of Elm Avenue and the Northwesterly prolongation of the Northeasterly line of that tract of land conveyed by the South Coast Land Company to Alfred S. and Nellie S. Cook by Deed dated April 27, 1929 and recorded In Book 1629, Page 421 of Deeds; thence along the said centerline of Elm Avenue, North 55°27' East a distance of 99.70 feet more or less, to the Northwesterly corner of that tract of land as conveyed by the South Coast Land Company to Roy G. and Idella I. Chase, by Deed dated February 18, 1925 and recorded In Book 1056, Page 167 Records of Deeds; thence along the Southwesterly line of said Chase Tract, South 34°33' East a distance of 240.00 feet to the Southwesterly corner thereof; thence along the Southeasterly line of said Tract 98, South 55°27' West a distance of 99.70 feet more or less, to the Southeasterly corner of said Cook Tract; thence along the Northeasterly line of said Cook Tract and its Northwesterly prolongation North 34°33' West a distance of 240.00 feet to the point of beginning.

**Parcel 2:**

The Southwesterly 75 feet of the Northeasterly half of the Southeasterly half of Block 16 of the Town of Carlsbad, in the City of Carlsbad, County of San Diego, State of California, according to Map thereof No. 535, filed in the office of the County Recorder of San Diego County May 2, 1888, the Northeasterly and Southwesterly boundary lines of said parcel being parallel with the Northeasterly boundary line of said Block 16.

**Assessor's Parcel No. 203-175-05 and 203-261-03**



05АА2827716

# ДОВЕРЕННОСТЬ

### Город Махачкала, Республика Дагестан, двадцать седьмого марта две тысячи двадцать первого года.

**Полномочия, которые вы предоставляете ниже, эффективны, даже если вы станете недееспособным или неправомочным.**

**Внимание:** доверенность с длительным сроком действия (действие которой не прекращается вследствие признания доверителя недееспособным) - важный юридический документ. Подписывая долговременную доверенность, вы, *доверитель,* уполномочиваете другое лицо, действовать от вашего имени. Прежде чем подписывать эту долговременную доверенность, вы должны знать следующие важные факты.

Ваш агент *(доверенное лицо)* не имеет обязательств к действию, если вы и ваш агент не договорились об ином в письменной форме. Этот документ дает вашему агенту полномочия управлять, распоряжаться, продавать и передавать вашу недвижимую и личную собственность, а также использовать вашу собственность в качестве залога, если ваш агент занимает деньги от вашего имени. Этот документ не дает вашему агенту права принимать или получать какую-либо вашу собственность, в доверительное или иное управление, в качестве подарка, если вы специальным образом не дали агенту полномочия принять или получить подарок. Ваш агент будет иметь право на получение разумной оплаты за услуги, предоставляемые в соответствии с долгосрочной доверенностью, если вы не укажете иное в этой доверенности. Полномочия, которые вы дадите своему агенту, будут действовать в течение всей вашей жизни, если вы не укажете, что долгосрочная доверенность будет действовать в течение более короткого периода времени; или если вы иным образом не прекратите действие долгосрочной доверенности.

Полномочия, которые вы даете своему агенту в этой долгосрочной доверенности, будут продолжать действовать, даже если вы больше не сможете принимать собственные решения в отношении управления своей собственностью. Вы можете скорректировать или изменить эту долговременную доверенность только путем оформления новой долговременной доверенности или внесения поправок в соответствии с теми же формальностями, что и оригинал. У вас есть право отозвать или прекратить действие этой долгосрочной доверенности в любое время, если вы обладаете соответствующей компетенцией.

Эта долговременная доверенность должна быть датирована и должна быть подтверждена нотариусом или подписана двумя свидетелями. Если оно подписано двумя свидетелями, они должны засвидетельствовать либо (1) подписание доверенности, либо (2) факт подписания доверителя, либо подтверждение его или ее подписи. Долгосрочная доверенность, которая может повлиять на недвижимое имущество, должна быть подтверждена нотариусом, чтобы ее можно было легко зарегистрировать.

Вам следует внимательно прочитать эту долговременную доверенность. Когда эта доверенность вступит в силу, она даст вашему агенту право распоряжаться имуществом, которое у вас есть сейчас или которое вы можете приобрести в будущем. Долговременная доверенность важна для вас. Если вам непонятна долгосрочная доверенность или какое-либо ее положение, вам следует обратиться за помощью к адвокату или другому квалифицированному лицу.

-калӣ

Уведомление для лица, принимающего назначение в качестве доверенного лица, действуя или соглашаясь действовать в качестве агента (доверенного лица) по этой доверенности, вы принимаете на себя фидуциарные и другие юридические обязанности агента.

Эти обязанности включают:

1. Юридическое право действовать исключительно в интересах доверителя и избегать конфликта интересов.

2. Юридическую обязанность хранить собственность доверителя отдельно и отдельно от любой другой собственности, принадлежащей или контролируемой вами. Вы не можете передавать собственность доверителя себе без полного и адекватного рассмотрения или принимать в дар собственность доверителя, если эта доверенность не дает вам специального разрешения на передачу собственности самому себе или принятие в дар собственности доверителя. Если вы передаете собственность доверителя себе без специального разрешения в доверенности, вас могут привлечь к ответственности за мошенничество и/или хищение. Если доверителю исполнилось 65 лет или больше на момент передачи вам имущества без разрешения, вы также можете быть привлечены к ответственности за жестокое обращение с пожилыми людьми в соответствии с разделом 368 уголовного кодекса. Помимо уголовного преследования, вам также могут быть предъявлены иски в гражданском суде.

**Я прочитал вышеизложенное уведомление и понимаю юридические и фидуциарные обязанности, которые я беру на себя, действуя или соглашаясь действовать в качестве агента (доверенного лица) в соответствии с условиями этой доверенности.**

Дата: _____

_____
(подпись агента)
Олег Флаксман
(имя агента печатными буквами)

---

**Единая установленная законом форма доверенности
(Калифорнийский кодекс по наследственным делам. Раздел 4401)**

**Примечание:** полномочия, предоставленные этим документом обширны. Они разъясняются в единой установленной законом форме доверенности (Калифорнийский кодекс по наследственным делам. Разделы 4401-4465)

Если у вас есть какие-либо вопросы об этих полномочиях, обратитесь за компетентной юридической консультацией.

Этот документ не уполномочивает кого-либо принимать за вас медицинские и другие касающиеся здоровья решения. Вы можете отозвать его доверенность, если пожелаете сделать это позже.

**Я, гр. ШАРИПОВА АМИНАТ ТАНТАНОВНА**, 10 ноября 1952 года рождения, место рождения: с. Мекеги Левашинского района Республики Дагестан, гражданство: Российская Федерация, пол: женский, паспорт гражданина Российской Федерации 82 00 203840, выданный Левашинским РОВД по Республике Дагестан 04 октября 2000 года, код подразделения 052-028, зарегистрированная по адресу: Республика Дагестан, г. Махачкала, ул. Пушкина. д. 36-38-40-42, настоящей доверенностью предоставляю

05AA2827717

*-кала*

**ОЛЕГУ ФЛАКСМАНУ**, проживающему по адресу: бульвар В.Футхилл 255, квартира 205, Аплэнд СА91786:

Чтобы предоставить все следующие полномочия, инициализируйте строчку перед (N) и игнорируйте строчки перед другими полномочиями.

Чтобы предоставить одно или несколько, что меньше, чем все, из следующих полномочий, инициализируйте строчку перед каждым полномочием, которое вы предоставляете.

Чтобы воздержаться от передачи полномочия, не инициализируйте строчку перед ней. Вы можете, но не обязаны, зачеркивать каждое не предоставляемое полномочие.

| | | |
|---|---|---|
| Предоставляется | (A) | Сделки с недвижимостью |
| | (B) | Сделки с материальным движимым имуществом |
| | (C) | Сделки с акциями и облигациями |
| | (D) | Товарные и опционные сделки |
| Предоставляется | (E) | Банковские операции и операции с другими финансовыми учреждениями |
| | (F) | Сделки с бизнес операциями |
| | (G) | Страхование и аннуитет сделки |
| | (H) | Имущественные, трастовые и другие сделки с бенефициаром |
| Предоставляется | (I) | Претензии и судебные тяжбы |
| | (J) | Личное и семейное содержание |
| | (K) | Пособия по социальному обеспечению, медицинскому обслуживанию, медицинской помощи, другим государственным программам, а также гражданская или военная служба |
| | (L) | Сделки по пенсионному плану |
| Предоставляется | (M) | Налоговые вопросы |
| | (N) | *Все полномочия, перечислены выше. Вам не нужно инициализировать какие-либо другие строки, если вы инициализируете строку N* |

Если иное не указано выше, эта доверенность вступает в силу немедленно и будет действовать до тех пор, пока она не будет отозвана.

Эта доверенность будет продолжать действовать даже после того, как я стану недееспособным.

*Вычеркните предыдущее предложение, если вы не хотите, чтобы действие этой доверенности продолжалось в случае потери дееспособности, исполнение доверенности, если назначено более одного агента.*

Я согласен с тем, что любая третья сторона, получившая копию этого документа, может действовать в соответствии с ним. Отзыв доверенности не имеет силы в отношении третьей стороны, если третье лицо действительно знает об отзыве. Я согласен освободить третью сторону от любых претензий, которые возникают к третьей стороне в связи с использованием этой доверенности.

*Махач-*

-кала

**Доверенность выдана сроком на три года, с запретом на передоверие полномочий по настоящей доверенности другим лицам.**

**Содержание статей 185-189 Гражданского кодекса Российской Федерации доверителю разъяснено.**

Настоящая доверенность составлена в двух экземплярах, один из которых хранится в делах нотариуса Махачкалинского нотариального округа Республики Дагестан Эминовой Э.Р. по адресу: город Махачкала, улица Ярагского, дом 106, другой выдается ШАРИПОВОЙ АМИНАТ ТАНТАНОВНЕ.

Я, как участник сделки, понимаю разъяснения нотариуса о правовых последствиях совершаемой сделки. Условия сделки соответствуют моим действительным намерениям.

Информация, установленная нотариусом с моих слов, внесена в текст сделки верно.

доверитель _Шарипова Аминат Тантановна подпись_

**Российская Федерация**

**Город Махачкала, Республика Дагестан**

**Двадцать седьмого марта две тысячи двадцать первого года**

Настоящая доверенность удостоверена мной, Эминовой Эльмирой Рамазановной, нотариусом Махачкалинского нотариального округа Республики Дагестан.

Содержание доверенности соответствует волеизъявлению заявителя.

Доверенность подписана в моем присутствии.

Личность заявителя установлена, дееспособность проверена.

Зарегистрировано в реестре: № **05/154-н/05-2021-1-1097**.

Уплачено за совершение нотариального действия: 1950 руб. 00 коп.

Э.Р.Эминова



7.392.963

# POWER OF ATTORNEY

## Makhachkala, Republic of Dagestan,  the twenty-seventh of March, two thousands and  twenty-one

The powers you grant below are effective even if you become disabled or incompetent

CAUTION: A DURABLE POWER OF ATTORNEY IS AN IMPORTANT LEGAL DOCUMENT. BY SIGNING THE DURABLE POWER OF ATTORNEY, YOU ARE AUTHORIZING ANOTHER PERSON TO ACT FOR YOU. THE PRINCIPAL. BEFORE YOU SIGN THIS DURABLE POWER OF ATTORNEY, YOU SHOULD KNOW THESE IMPORTANT FACTS: YOUR AGENT (ATTORNEY-IN-FACT) HAS NO DUTY TO ACT UNLESS YOU AND YOUR AGENT AGREE OTHERWISE IN WRITING. THIS DOCUMENT GIVES YOUR AGENT THE POWERS TO MANAGE. DISPOSE OF. SELL, AND CONVEY YOUR REAL AND PERSONAL PROPERTY. AND TO USE YOUR PROPERTY AS SECURITY IF YOUR AGENT BORROWS MONEY ON YOUR BEHALF. THIS DOCUMENT DOES NOT GIVE YOUR AGENT THE POWER TO ACCEPT OR RECEIVE ANY OF YOUR PROPERTY, IN TRUST OR OTHERWISE, AS A GIFT. UNLESS YOU SPECIFICALLY AUTHORIZE THE AGENT TO ACCEPT OR RECEIVE A GIFT. YOUR AGENT WILL HAVE THE RIGHT TO RECEIVE REASONABLE PAYMENT FOR SERVICES PROVIDED UNDER THIS DURABLE POWER OF ATTORNEY UNLESS YOU PROVIDE OTHERWISE IN THIS POWER OF ATTORNEY. THE POWERS YOU GIVE YOUR AGENT WILL CONTINUE TO EXIST FOR YOUR ENTIRE LIFETIME, UNLESS YOU STATE THAT THE DURABLE POWER OF ATTORNEY WILL LAST FOR A SHORTER PERIOD OF TIME OR UNLESS YOU OTHERWISE TERMINATE THE DURABLE POWER OF ATTORNEY.

THE POWERS YOU GIVE YOUR AGENT IN THIS DURABLE POWER OF ATTORNEY WILL CONTINUE TO EXIST EVEN IF YOU CAN NO LONGER MAKE YOUR OWN DECISIONS RESPECTING THE MANAGEMENT OF YOUR PROPERTY. YOU CAN AMEND OR CHANGE THIS DURABLE POWER OF ATTORNEY ONLY BY EXECUTING A NEW DURABLE POWER OF ATTORNEY OR BY EXECUTING AN AMENDMENT THROUGH THE SAME FORMALITIES AS AN ORIGINAL. YOU HAVE THE RIGHT TO REVOKE OR TERMINATE THIS DURABLE POWER OF ATTORNEY AT ANY TIME, SO LONG AS YOU ARE COMPETENT.

THIS DURABLE POWER OF ATTORNEY MUST BE DATED AND MUST BE ACKNOWLEDGED BEFORE A NOTARY PUBLIC OR SIGNED BY TWO WITNESSES. IF IT IS SIGNED BY TWO WITNESSES, THEY MUST WITNESS EITHER (1) THE SIGNING OF THE POWER OF ATTORNEY OR (2) THE PRINCIPAL'S SIGNING OR ACKNOWLEDGMENT OF HIS OR HER SIGNATURE. A DURABLE POWER OF ATTORNEY THAT MAY AFFECT REAL PROPERTY SHOULD BE ACKNOWLEDGED BEFORE A NOTARY PUBLIC SO THAT IT MAY EASILY BE RECORDED.

YOU SHOULD READ THIS DURABLE POWER OF ATTORNEY CAREFULLY. WHEN EFFECTIVE. THIS DURABLE POWER OF ATTORNEY WILL GIVE YOUR AGENT THE RIGHT TO DEAL WITH PROPERTY THAT YOU NOW HAVE OR MIGHT ACQUIRE IN THE FUTURE. THE DURABLE POWER OF ATTORNEY IS IMPORTANT TO YOU. IF YOU DO NOT UNDERSTAND THE DURABLE POWER OF

ASSISTANCE OF AN ATTORNEY OR OTHER QUALIFIED PERSON.

NOTICE TO PERSON ACCEPTING THE APPOINTMENT AS ATTORNEY-IN-FACT BY ACTING OR AGREEING TO ACT AS THE AGENT (ATTORNEY-IN-FACT) UNDER THIS POWER OF ATTORNEY YOU ASSUME THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT. THESE RESPONSIBILITIES INCLUDE:

1. THE LEGAL DUTY TO ACT SOLELY IN THE INTEREST OF THE PRINCIPAL AND TO AVOID CONFLICTS OF INTEREST.

2. THE LEGAL DUTY TO KEEP THE PRINCIPAL'S PROPERTY SEPARATE AND DISTINCT FROM ANY OTHER PROPERTY OWNED OR CONTROLLED BY YOU. YOU MAY NOT TRANSFER THE PRINCIPAL'S PROPERTY TO YOURSELF WITHOUT FULL AND ADEQUATE CONSIDERATION OR ACCEPT A GIFT OF THE PRINCIPAL'S PROPERTY UNLESS THIS POWER OF ATTORNEY SPECIFICALLY AUTHORIZES YOU TO TRANSFER PROPERTY TO YOURSELF OR ACCEPT A GIFT OF THE PRINCIPAL S PROPERTY. IF YOU TRANSFER THE PRINCIPAL'S PROPERTY TO YOURSELF WITHOUT SPECIFIC AUTHORIZATION IN THE POWER OF ATTORNEY, YOU MAY BE PROSECUTED FOR FRAUD AND/OR EMBEZZLEMENT II THE PRINCIPAL IS 65 YEARS OF AGE OR OLDER AT THE TIME IMAT THE PROPERTY IS TRANSFERRED TO YOU WITHOUT AUTHORITY, YOU MAY ALSO BE PROSECUTED FOR ELDER ABUSE UNDER PENAL CODE SECTION 368. IN ADDITION TO CRIMINAL PROSECUTION. YOU MAY ALSO BE SUED IN CIVIL COURT. 1 HAVE READ THE FOREGOING NOTICE AND I UNDERSTAND THE LEGAL AND FIDUCIARY DUTIES THAT I ASSUME BY ACTING OR AGREEING TO ACT AS THE AGENT (ATTORNEY-IN-FACT) UNDER THE TERMS OF THIS POWER OF ATTORNEY.

DATE: _____

_____
(SIGNATURE OF AGENT)
Oleg Flaksman
_____
(PRINT NAME OF AGENT)

**UNIFORM STATUTORY FORM POWER OF ATTORNEY
(California Probate Code Section 4401 Prob.)**

**NOTICE: The powers granted by this document are broad and sweeping they are explained in the uniform st atutory form power of attorney act (California probate code sections 4400 Prob. - 4465 Prob.).**

**If you have any questions about these powers. obtain competent legal advice. this document does not authorize anyone to make medical and other health-care decisions for you. you may revoke his power of attorney if you later wish to do so.**

**I, SHARIPOVA AMINAT TANTANOVNA,** born on November 10, 1952, place of birth: village Mekegi of the Levashi district, citizenship: Russian Federation, gender: female, passport of a citizen of the Russian Federation 82 00 203840, issued by the Department of the Interior of the Levashi district of Republic Daghestan on October 04, 2000, subdivision code 052-028, registered at the address: Republic Daghestan, Makhachkala, str. Pushkin, 36-38-

appoint _____ **Oleg Flaksman, 255 W Foothill Blvd Suite 205, Upland CA 91786**

<sub>(name and address of the person appointed, or of each person appointed if you want to designate more than one)</sub>

<sub>as my agent (attorney-in-fact) to act for me in any lawful way with respect to the following initiated subjects:</sub>

**To grant all of the following powers. initial the line in front of (N) and ignore the lines in front of the other powers.**

**To grant one or more, but fewer than all, of the following powers. initial the line in front of each power you are granting.**

**To withhold a power, do not initial the line in front of it, you may but need not, cross out each power withheld.**

INITIAL     (A) Real property transactions.
            (B) Tangible personal property transactions.
            (C) Stock and bond transactions.
            (D) Commodity and option transactions.
INITIAL     (E) Banking and other financial institution transactions.
            (F) Business operating transactions.
            (G) Insurance and annuity transactions.
            (H) Estate, trust, and other beneficiary transaction.
INITIAL     (I) Claims and litigation.
            (J) Personal and family maintenance.
            (K) Benefits from social security, medicare, medicaid, of other
                governmental programs, or civil or military service.
            (L) Retirement plan transactions.
INITIAL     (M) Tax matters.
            (N) ALL OF THE POWERS LISTED ABOVE.  YOU NEED NOT
                INITIAL ANY OTHER LINES IF YOU INITIAL LINE (N).

UNLESS YOU DIRECT OTHERWISE ABOVE, THIS POWER OF ATTORNEY IS EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT IS REVOKED.

This power of attorney will continue to be effective even though I become incapacitated.

**Strike the preceding sentence if you do not want this power of attorney to continue if you become incapacited exercise of power of attorney where more than one agent designated.**

I agree that any third party who receives a copy of this document may act under it. Revocation of the power of attorney is not effective as to a third party until the third party has actual knowledge of the revocation I agree to indemnify live third party for any claims that arise against the third party because of reliance on this power of attorney.

**The Power of Attorney was issued for a period of three years, with a prohibition on subdelegation of powers under this power of attorney to another person.**

**The content of Articles 185-189 of the Civil Code of the Russian Federation has been explained to the principal.**

This power of attorney is drawn up in two copies, one of which is kept in the files of the notary E.R. Eminova of the Makhachkala notary district of the Dagestan Republic at the address: the city of Makhachkala, Yaragsky street, house 106, the other is given to GINDIEV ABDULKHALIK MUSLIMOVICH.

I, as a party to the transaction, understand the explanations of the notary about the legal consequences of the transaction being made. The terms of the deal correspond to my actual intentions.

The information stated by the notary from my words was entered into the text of the transaction correctly.

*the principal* _____

*full name in Russian /signature/*

### Russian Federation
### Makhachkala, Republic of Dagestan
### The twenty-seventh of March, two thousands and twenty-one

This power of attorney is certified by me, Eminova Elmira Ramazanovna, the notary of the Makhachkala notary district of the Republic of Dagestan.

The content of the power of attorney corresponds to the will of the applicant.

The power of attorney was signed in my presence. The applicant's identity has been established, his legal capacity has been verified.

Registered in the register: **No. 05/154-н/05-2021-1-1097.**

Paid for the performance of a notarial act: 1950 rubles

*round seal of the notary, signature, E.R. Eminova*

translator

**Российская Федерация**

**Город Махачкала, Республика Дагестан**

**Двадцать седьмого марта две тысячи двадцать первого года**

Я, Эминова Эльмира Рамазановна, нотариус Махачкалинского нотариального округа Республики Дагестан, свидетельствую подлинность подписи переводчика АБАКАРОВОЙ АЛИПАТ ГАДЖИЕВНЫ.

Подпись сделана в моем присутствии.

Личность подписавшего документ установлена.

Зарегистрировано в реестре: № 05/154-н/05-2021-1-1101.

Уплачено за совершение нотариального действия: 300 руб. 00 коп.

Э.Р.Эминова



APOSTILLE

(Convention de la Haye du 5 octobre 1961)

1. Страна Российская Федерация

   Настоящий официальный документ

2. был подписан _Эминовой Э.Р._

3. выступающим в качестве _нотариуса_
   _г. Махачкалы Республики Дагестан_

4. Скреплен печатью/штампом _нотариуса_
   _г. Махачкалы Республика_
   _Дагестан_

УДОСТОВЕРЕНО

5. в _Махачкала_   6. _31.03.2021_

7. _Врио Исполняющим начальником_
   _Управления Минюста России по РД_

8. За № _05/73/2021_

9. М.П.   10. Подпись

# Government Code 27361.7

**Under the provisions of Government Code 27361.7, I certify under the penalty of perjury that the following is true copy of illegible wording found in the attached**

Seal:
Convention de la Haye du 5 Octobre 1961
   notary Makhachkala Republic of
Dagestan.
Office of the Russian Ministry of
   Justice in the Republic of Dagestan

For clarity of Apostille

**Place of Execution:** _Cerritos_

**Pasion Title Inc. as agent**

R. Ponce.

**Date:** 7/27/2021

APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. Country: Russian Federation
This public document
2. Was signed by *E. R. Eminova*
3. Acting in the capacity of *notary*
*Makhachkala, Republic of Dagestan*
4. Bears the seal/stamp of *notary,*
*Makhachkala, Republic of Dagestan*

Certified
5. at *Makhachkala*         6. *March 31, 2021*
7. *U.-Kh. Shakhmanaev, head of the*
*Office of the Russian Ministry of Justice in the Republic of Dagestan*
8. No. *05*[illegible]*21*
9. L. S. [Round seal]         10. Signature /Signature/



**HUGH NGUYEN**
CLERK-RECORDER

PROPERTY RECORDS
BIRTH AND DEATH RECORDS
MARRIAGE LICENSES/RECORDS
PASSPORTS
FICTITIOUS BUSINESS NAMES
NOTARY REGISTRATION
ORANGE COUNTY ARCHIVES

## INTERPRETER/TRANSLATOR CERTIFICATION
### PURSUANT TO CALIFORNIA GOVERNMENT CODE SECTION 27293

There having been presented to the undersigned, **Hugh Nguyen, Orange County Clerk-Recorder** of the State of California, a translation from <u>Russian</u> into English of a <u>Power of Attorney signed by Aminat Sharipova</u> which translation of said document was done by <u>Elizabeth Adams</u>,

☐ a *Certified/Registered Court Interpreter.*
☒ an *Accredited Translator registered with the American Translators Association.*

Said interpreter/translator has sworn that this translation is a true and accurate translation as evidenced by the declaration of said interpreter/translator, affixed to the translated copy of said document. The County Clerk having verified the certification/registration valid and current for this interpreter/translator in the statewide database for:

☐ *California Courts/Court Interpreters*
☒ *American Translators Association*

**Based upon the declaration of the interpreter/translator attesting to the correctness of the translation, I certify in accordance with the provision of Section 27293 of the Government Code of the State of California that the attached translator has been verified.**

In Witness Whereof, I have hereunto set my hand and affixed the seal of said County Clerk-Recorder this 07/19/2021.

Hugh Nguyen, Orange County Clerk-Recorder

Casandra Gonzalez, Deputy Clerk-Recorder

(Purple Seal)

NORTH COUNTY BRANCH OFFICE
WELLS FARGO BUILDING
222 S. HARBOR BLVD., STE 110
ANAHEIM, CALIFORNIA 92805

ORANGE COUNTY
COUNTY ADMINISTRATION SOUTH
601 N. ROSS STREET
SANTA ANA, CALIFORNIA 92701

OLD ORANGE COUNTY
COURTHOUSE
211 W. SANTA ANA BLVD. ROOM 201
SANTA ANA, CALIFORNIA 92701

SOUTH COUNTY BRANCH OFFICE
LAGUNA HILLS CIVIC CENTER
24031 EL TORO ROAD, SUITE 150
LAGUNA HILLS, CALIFORNIA 92653

(714) 834-2500  ♦  FAX (714) 834-2675  ♦  WWW.OCRECORDER.COM  ♦  WWW.OCARCHIVES.COM



**Hugh Nguyen**
**Orange County Clerk-Recorder**
P.O. Box 238, Santa Ana, CA 92702
601 N. Ross Street, Santa Ana, CA 92701

## Interpreter/Translator Declaration and Certification
### Please Print or Type Clearly – Use Black Ink Only

I, *ELIZABETH ADAMS* , declare that I am a:
(Name of Interpreter/Translator)

☐ Certified / Registered Court Interpreter        ☒ An accredited translator registered with the American Translators Association

I am certified/registered to interpret/translate from the *RUSSIAN* to the English language.
(foreign language)

My certification number is *458102* .
(if applicable)

I further declare that I have translated the attached document from the *RUSSIAN* language
to the English language.                                                                                (foreign language)

I declare to the best of my abilities and belief , that is true and accurate translation of the *RUSSIAN*
                                                                                                                                          (foreign language)
language text of the *POWER OF ATTORNEY SIGNED BY AMINAT SHARIPOVA,*
(title of document)

**Specific Description of the Document**
*PDA, NOTARIAL STATEMENT, APOSTILLE*
(Type brief description of document)

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

This declaration is signed this *12* day of *July* , 20 *21* in *Everett* , ~~California~~ *WASHINGTON*
                                                  (day)              (month)              (year)            (location)

*ELIZABETH ADAMS*
Print name of Certified/Registered Court Interpreter or Accredited Translator registered with the American Translators Association

*E. Adams*
Signature of Certified/Registered Court Interpreter or Accredited Translator registered with the American Translators Association

### Certificate of Acknowledgment

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed
> the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of *Washington*

County of *Snohomish*

On *7-12-2021* before me, *Janet H. McNeil* , personally appeared
*Elizabeth Adams* , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the forgoing paragraph is true and correct.
WITNESS my hand and official seal.

**Notary Public**
**State of Washington**
**JANET H MCNEIL**
**LICENSE # 136037**
**MY COMMISSION EXPIRES**
**JANUARY 6, 2025**

*Janet H. McNeil*
(Notary Signature)

05AA2827716

## POWER OF ATTORNEY

**Makhachkala, Republic of Dagestan,**
**the twenty-seventh of March, two thousand and twenty-one**

The powers you grant below are effective even if you become disabled or incompetent.

Caution: A durable power of attorney (a power of attorney that remains in effect if the principal is found to be disabled) is an important legal document. By signing the durable power of attorney, you, the *principal*, are authorizing another person to act for you. The principal. Before you sign this durable power of attorney, you should know these important facts.

Your agent (*attorney-in-fact*) has no duty to act unless you and your agent agree otherwise in writing. This document gives your agent the powers to manage, dispose of, sell, and convey your real and personal property and to use your property as security if your agent borrows money on your behalf. This document does not give your agent the power to accept or receive any of your property, in trust or otherwise, as a gift unless you specifically authorize the agent to accept or receive a gift. Your agent will have the right to receive reasonable payment for services provided under this durable power of attorney unless you provide otherwise in this power of attorney. The powers you give your agent will continue to exist for your entire lifetime, unless you state that the durable power of attorney will last for a shorter period of time or unless you otherwise terminate the durable power of attorney.

The powers you give your agent in this durable power of attorney will continue to exist even if you can no longer make your own decisions respecting the management of your property. You can amend or change this durable power of attorney only by executing a new durable power of attorney or by executing an amendment through the same formalities as an original. You have the right to revoke or terminate this durable power of attorney at any time, so long as you are competent.

This durable power of attorney must be dated and must be acknowledged before a notary public or signed by two witnesses. If it is signed by two witnesses, they must witness either (1) the signing of the power of attorney or (2) the principal's signing or acknowledgment of his or her signature. A durable power of attorney that may affect real property should be acknowledged before a notary public so that it may easily be recorded.

You should read this durable power of attorney carefully. When effective. This durable power of attorney will give your agent the right to deal with property that you now have or might acquire in the future. The durable power of attorney is important to you. If you do not understand the durable power of attorney, or any provision of it, then you should obtain the assistance of an attorney or other qualified person.

Makhach-

-kala

Notice to person accepting the appointment as attorney-in- fact by acting or agreeing to act as the agent (attorney-in-fact) under this power of attorney: you assume the fiduciary and other legal responsibilities of an agent. These responsibilities include:

1. The legal duty to act solely in the interest of the principal and to avoid conflicts of interest.

2. The legal duty to keep the principal's property separate and distinct from any other property owned or controlled by you. You may not transfer the principal's property to yourself without full and adequate consideration or accept a gift of the principal's property unless this power of attorney specifically; authorizes you to transfer property to yourself or accept a gift of the principal s property. If you transfer the principal's property to yourself without specific authorization in the power of attorney, you may be prosecuted for fraud and/or embezzlement if the principal is 65 years of age or older at the time that the property is transferred to you without authority. You may also be prosecuted for elder abuse under penal code section 368. In addition to criminal prosecution. You may also be sued in civil court.

**I have read the foregoing notice and I understand the legal and fiduciary duties that I assume by acting or agreeing to act as the agent (attorney-in-fact) under the terms of this power of attorney.**

DATE: _____

_____
(SIGNATURE OF AGENT)
Oleg Flaksman
(PRINT NAME OF AGENT)

---

**UNIFORM STATUTORY FORM POWER OF ATTORNEY**
**(California Probate Code Section 4401 Prob.)**

**Notice:** The powers granted by this document are broad and sweeping they are explained in the uniform statutory form power of attorney act (California probate code sections 4400 Prob. - 4465 Prob.).

If you have any questions about these powers, obtain competent legal advice.

This document does not authorize anyone to make medical and other health-care decisions for you. you may revoke his power of attorney if you later wish to do so.

**I, AMINAT TANTANOVNA SHARIPOVA,** born on November 10,1952, place of birth: village Mekegi in the Levashi district, citizenship: Russian Federation, gender: female, Russian Federation passport 82 00 203840, issued by the Department of the Interior of the Levashi district of Republic Dagestan on October 4, 2000, subdivision code 052-028, registered at the address: Republic Dagestan, Makhachkala, Pushkin Street, 36-38-40-42, hereby appoint

-kala                          05AA2827717

**OLEG FLAKSMAN**, residing at 255 W Foothill Blvd Suite 205, Upland CA 91786:

        **To grant all of the following powers, initial the line in front of (N) and ignore the lines in front of the other powers.**

        **To grant one or more, but fewer than all, of the following powers, initial the line in front of each power you are granting.**

        **To withhold a power, do not initial the line in front of it, you may but need not, cross out each power withheld.**

| Granted | (A) | Real estate transactions |
| | (B) | Tangible personal property transactions |
| | (C) | Stock and bond transactions |
| | (D) | Commodity and option transactions |
| Granted | (E) | Banking and other financial institution transactions |
| | (F) | Business operating transactions |
| | (G) | Insurance and annuity transactions |
| | (H) | Estate, trust, and other beneficiary transactions |
| Granted | (I) | Claims and litigation |
| | (J) | Personal and family maintenance |
| | (K) | Benefits from social security, medicare, medicaid, or other government programs, or civil or military service |
| | (L) | Retirement plan transactions |
| Granted | (M) | Tax matters |
| | (N) | *All of the powers listed above. You need not initial any other lines if you initial line (N).* |

        Unless you direct otherwise above, this power of attorney is effective immediately and will continue until it is revoked.

        This power of attorney will continue to be effective even though I become incapacitated.

        *Strike the preceding sentence if you do not want this power of attorney to continue if you become incapacitated, exercise of power of attorney where more than one agent designated.*

        I agree that any third party who receives a copy of this document may act under it. Revocation of the power of attorney is not effective as to a third party until the third party has actual knowledge of the revocation I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

Makhach-

-kala

**The Power of Attorney was issued for a period of three years, with a prohibition on subdelegation of powers under this power of attorney to another person.**

**The content of Articles 185-189 of the Civil Code of the Russian Federation has been explained to the principal.**

This power of attorney is drawn up in two counterparts, one of which is kept in the files of the notary E.R. Eminova of the Makhachkala notary district in the Republic of Dagestan at the address: Makhachkala, 106 Yaragsky street, the other is given to AMINAT TANTANOVNA SHARIPOVA.

I, as a party to the transaction, understand the explanations of the notary about the legal consequences of the transaction being made. The terms of the deal correspond to my actual intentions.

The information stated by the notary from my words was entered into the text of the transaction correctly.

*principal Aminat Tantanovna Sharipova* /Signature/

**Russian Federation**
**Makhachkala, Republic of Dagestan**
**The twenty-seventh of March, two thousands and twenty-one**

This power of attorney is authenticated by me, Elmira Ramazanovna Eminova, notary of the Makhachkala notary district in the Republic of Dagestan.

The content of the power of attorney corresponds to the will of the applicant.

The power of attorney was signed in my presence.

The applicant's identity was established and her legal capacity was verified.

Registered in the register: **No. 05/154-H/05-2021-1-1097.**

Paid for the performance of a notarial act: 1,950 rubles

[Round seal of the notary]          /Signature/          E.R. Eminova

**Russian Federation**
**Makhachkala, Republic of Dagestan**
**Twenty-seventh day of March, two thousand and twenty-one**

I, Elmira Ramazanovna Eminova, a notary of the Makhachkala notary district in the Republic of Dagestan, authenticate the signature of translator ALIPAT GADZHIEVNA ABAKAROVA.
The signature was made in my presence.
The signer's identity was verified.

Registered in the register: **No. 05/154-H/05-2021-1-1101**

Paid for the performance of a notarial act: 300 rubles

[Round seal of the notary]                    /Signature/                         E.R. Eminova

[Star seal: illegible]
[Round seal of the notary]
27 [Illegible] 2021
/Signature/

APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. Country: Russian Federation
This public document
2. Was signed by *E. R. Eminova*
3. Acting in the capacity of *notary*
*Makhachkala, Republic of Dagestan*
4. Bears the seal/stamp of *notary,*
*Makhachkala, Republic of Dagestan*

Certified
5. at *Makhachkala*                6. *March 31, 2021*
7. *U.-Kh. Shakhmanaev, head of the*
*Office of the Russian Ministry of Justice in the Republic of Dagestan*
8. No. *05*[illegible]*21*
9. L. S. [Round seal]                10. Signature /Signature/



05AA2827716

# ДОВЕРЕННОСТЬ

**Город Махачкала, Республика Дагестан, двадцать седьмого марта две тысячи двадцать первого года.**

Полномочия, которые вы предоставляете ниже, эффективны, даже если вы станете недееспособным или неправомочным.

Внимание: доверенность с длительным сроком действия (действие которой не прекращается вследствие признания доверителя недееспособным) - важный юридический документ. Подписывая долговременную доверенность, вы, *доверитель*, уполномочиваете другое лицо, действовать от вашего имени. Прежде чем подписывать эту долговременную доверенность, вы должны знать следующие важные факты.

Ваш агент (*доверенное лицо*) не имеет обязательств к действию, если вы и ваш агент не договорились об ином в письменной форме. Этот документ дает вашему агенту полномочия управлять, распоряжаться, продавать и передавать вашу недвижимую и личную собственность, а также использовать вашу собственность в качестве залога, если ваш агент занимает деньги от вашего имени. Этот документ не дает вашему агенту права принимать или получать какую-либо вашу собственность, в доверительное или иное управление, в качестве подарка, если вы специальным образом не дали агенту полномочия принять или получить подарок. Ваш агент будет иметь право на получение разумной оплаты за услуги, предоставляемые в соответствии с долгосрочной доверенностью, если вы не укажете иное в этой доверенности. Полномочия, которые вы дадите своему агенту, будут действовать в течение всей вашей жизни, если вы не укажете, что долгосрочная доверенность будет действовать в течение более короткого периода времени, или если вы иным образом не прекратите действие долгосрочной доверенности.

Полномочия, которые вы даете своему агенту в этой долгосрочной доверенности, будут продолжать действовать, даже если вы больше не сможете принимать собственные решения в отношении управления своей собственностью. Вы можете скорректировать или изменить эту долговременную доверенность только путем оформления новой долговременной доверенности или внесения поправок в соответствии с теми же формальностями, что и оригинал. У вас есть право отозвать или прекратить действие этой долгосрочной доверенности в любое время, если вы обладаете соответствующей компетенцией.

Эта долговременная доверенность должна быть датирована и должна быть подтверждена нотариусом или подписана двумя свидетелями. Если оно подписано двумя свидетелями, они должны засвидетельствовать либо (1) подписание доверенности, либо (2) факт подписания доверителя, либо подтверждение его или ее подписи. Долгосрочная доверенность, которая может повлиять на недвижимое имущество, должна быть подтверждена нотариусом, чтобы ее можно было легко зарегистрировать.

Вам следует внимательно прочитать эту долговременную доверенность. Когда эта доверенность вступит в силу, она даст вашему агенту право распоряжаться имуществом, которое у вас есть сейчас или которое вы можете приобрести в будущем. Долговременная доверенность важна для вас. Если вам непонятна долгосрочная доверенность или какое-либо ее положение, вам следует обратиться за помощью к адвокату или другому квалифицированному лицу.

*Махач-*

-кал

Уведомление для лица, принимающего назначение в качестве доверенного лица, действуя или соглашаясь действовать в качестве агента (доверенного лица) по этой доверенности, вы принимаете на себя фидуциарные и другие юридические обязанности агента.

Эти обязанности включают:

1. Юридическое право действовать исключительно в интересах доверителя и избегать конфликта интересов.

2. Юридическую обязанность хранить собственность доверителя отдельно и отдельно от любой другой собственности, принадлежащей или контролируемой вами. Вы не можете передавать собственность доверителя себе без полного и адекватного рассмотрения или принимать в дар собственность доверителя, если эта доверенность не дает вам специального разрешения на передачу собственности самому себе или принятие в дар собственности доверителя. Если вы передаете собственность доверителя себе без специального разрешения в доверенности, вас могут привлечь к ответственности за мошенничество и/или хищение. Если доверителю исполнилось 65 лет или больше на момент передачи вам имущества без разрешения, вы также можете быть привлечены к ответственности за жестокое обращение с пожилыми людьми в соответствии с разделом 368 уголовного кодекса. Помимо уголовного преследования, вам также могут быть предъявлены иски в гражданском суде.

Я прочитал вышеизложенное уведомление и понимаю юридические и фидуциарные обязанности, которые я беру на себя, действуя или соглашаясь действовать в качестве агента (доверенного лица) в соответствии с условиями этой доверенности.

Дата: _____

_____
(подпись агента)
Олег Флаксман
(имя агента печатными буквами)

_____

**Единая установленная законом форма доверенности**
**(Калифорнийский кодекс по наследственным делам. Раздел 4401)**

**Примечание:** полномочия, предоставленные этим документом обширны. Они разъясняются в единой установленной законом форме доверенности (Калифорнийский кодекс по наследственным делам. Разделы 4401-4465)

Если у вас есть какие-либо вопросы об этих полномочиях, обратитесь за компетентной юридической консультацией.

Этот документ не уполномочивает кого-либо принимать за вас медицинские и другие касающиеся здоровья решения. Вы можете отозвать его доверенность, если пожелаете сделать это позже.

Я, гр. **ШАРИПОВА АМИНАТ ТАНТАНОВНА**, 10 ноября 1952 года рождения, место рождения: с. Мекеги Левашинского района Республики Дагестан, гражданство: Российская Федерация, пол: женский, паспорт гражданина Российской Федерации 82 00 203840, выданный Левашинским РОВД по Республике Дагестан 04 октября 2000 года, код подразделения 052-028, зарегистрированная по адресу: Республика Дагестан, г. Махачкала, ул. Пушкина, д. 36-38-40-42, настоящей доверенностью предоставляю



-кала

**ОЛЕГУ ФЛАКСМАНУ,** проживающему по адресу: бульвар В.Футхилл 255, квартира 205, Аплэнд CA91786:

**Чтобы предоставить все следующие полномочия, инициализируйте строчку перед (N) и игнорируйте строчки перед другими полномочиями.**

Чтобы предоставить одно или несколько, что меньше, чем все, из следующих полномочий, инициализируйте строчку перед каждым полномочием, которое вы предоставляете.

Чтобы воздержаться от передачи полномочия, не инициализируйте строчку перед ней. Вы можете, но не обязаны, зачеркивать каждое не предоставляемое полномочие.

| | | |
|---|---|---|
| Предоставляется | (A) | Сделки с недвижимостью |
| | (B) | Сделки с материальным движимым имуществом |
| | (C) | Сделки с акциями и облигациями |
| | (D) | Товарные и опционные сделки |
| Предоставляется | (E) | Банковские операции и операции с другими финансовыми учреждениями |
| | (F) | Сделки с бизнес операциями |
| | (G) | Страхование и аннуитет сделки |
| | (H) | Имущественные, трастовые и другие сделки с бенефициаром |
| Предоставляется | (I) | Претензии и судебные тяжбы |
| | (J) | Личное и семейное содержание |
| | (K) | Пособия по социальному обеспечению, медицинскому обслуживанию, медицинской помощи, другим государственным программам, а также гражданская или военная служба |
| | (L) | Сделки по пенсионному плану |
| Предоставляется | (M) | Налоговые вопросы |
| | (N) | *Все полномочия, перечислены выше. Вам не нужно инициализировать какие-либо другие строки, если вы инициализируете строку N* |

Если иное не указано выше, эта доверенность вступает в силу немедленно и будет действовать до тех пор, пока она не будет отозвана.

Эта доверенность будет продолжать действовать даже после того, как я стану недееспособным.

*Вычеркните предыдущее предложение, если вы не хотите, чтобы действие этой доверенности продолжалось в случае потери дееспособности, исполнение доверенности, если назначено более одного агента.*

Я согласен с тем, что любая третья сторона, получившая копию этого документа, может действовать в соответствии с ним. Отзыв доверенности не имеет силы в отношении третьей стороны, если третье лицо действительно знает об отзыве. Я согласен освободить третью сторону от любых претензий, которые возникают к третьей стороне в связи с использованием этой доверенности.

*Махач-*

-кал

Доверенность выдана сроком на три года, с запретом на передоверие полномочий по настоящей доверенности другим лицам.

Содержание статей 185-189 Гражданского кодекса Российской Федерации доверителю разъяснено.

Настоящая доверенность составлена в двух экземплярах, один из которых хранится в делах нотариуса Махачкалинского нотариального округа Республики Дагестан Эминовой Э.Р. по адресу: город Махачкала, улица Ярагского, дом 106, другой выдается ШАРИПОВОЙ АМИНАТ ТАНТАНОВНЕ.

Я, как участник сделки, понимаю разъяснения нотариуса о правовых последствиях совершаемой сделки. Условия сделки соответствуют моим действительным намерениям.

Информация, установленная нотариусом с моих слов, внесена в текст сделки верно.

доверитель *Шарипова Аминат Тантановна* (подпись)

### Российская Федерация

### Город Махачкала, Республика Дагестан

### Двадцать седьмого марта две тысячи двадцать первого года

Настоящая доверенность удостоверена мной, Эминовой Эльмирой Рамазановной, нотариусом Махачкалинского нотариального округа Республики Дагестан.

Содержание доверенности соответствует волеизъявлению заявителя.

Доверенность подписана в моем присутствии.

Личность заявителя установлена, дееспособность проверена.

Зарегистрировано в реестре № 05/154-н/05-2021-1-1097.

Уплачено за совершение нотариального действия: 1950 руб. 00 коп.

Э.Р.Эминова



7.392.963

## Российская Федерация

### Город Махачкала, Республика Дагестан

### Двадцать седьмого марта две тысячи двадцать первого года

Я, Эминова Эльмира Рамазановна, нотариус Махачкалинского нотариального округа Республики Дагестан, свидетельствую подлинность подписи переводчика АБАКАРОВОЙ АЛИПАТ ГАДЖИЕВНЫ.

Подпись сделана в моем присутствии.

Личность подписавшего документ установлена.

Зарегистрировано в реестре: № 05/154-н/05-2021-1-1101.

Уплачено за совершение нотариального действия: 300 руб. 00 коп.

Э.Р.Эминова



APOSTILLE

(Convention de la Haye du 5 octobre 1961)

1. Страна Российская Федерация

   Настоящий официальный документ

2. был подписан _Эминовой Э.Р._

3. выступающим в качестве _нотариуса_
   _г. Махачкалы Республики Дагестан_

4. Скреплен печатью/штампом _нотариуса_
   _г. Махачкалы Республика_
   _Дагестан_

УДОСТОВЕРЕНО

5. в _Махачкале_  6. _31.03.2021_

7. _Врид Шамсиевым начальником_
   _управления Минюста России по РД_

8. за № _05/2021_

9. М.П.                       10. Подпись

**EXHIBIT "C"**

RECORDING REQUESTED BY

NAME: *Stephanie Reichart*

**WHEN RECORDED MAIL TO:**

NAME: Levene Neale Bender Yoo & Brill

ADDRESS: 10250 Constellation Blvd #1700
Los Angeles, CA 90057

CITY / STATE / ZIP:

(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS IDENTIFIED ABOVE)

---

**DOC#  2021-0525028**

Jul 23, 2021  08:00 AM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $246.00   (SB2 Atkins: $150.00)
PCOR: YES
PAGES: 25

(SPACE ABOVE FOR RECORDER'S USE)

---

## Grant Deed
### (DOCUMENT TITLE)

SEPARATE PAGE, PURSUANT TO CA. GOV'T. CODE 27361.6

RECORDING REQUESTED BY

NAME: *Stephanie Reichart*

**WHEN RECORDED MAIL TO:**

NAME: Levene Neale Bender Yoo & Brill
10250 Constellation Blvd  #1700
Los Angeles, CA 90067

ADDRESS:

CITY / STATE / ZIP:

(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS IDENTIFIED ABOVE)

(SPACE ABOVE FOR RECORDER'S USE)

# Grant Deed

**(DOCUMENT TITLE)**

SEPARATE PAGE, PURSUANT TO CA. GOV'T. CODE 27361.6

**RECORDING REQUESTED BY:**

Levene, Neale, Bender, Yoo & Brill L.L.P.

**WHEN RECORDED MAIL TO AND MAIL TAX STATEMENTS TO:**

Name: David Golubchik, Esq.

Address: 10250 Constellation Blvd. #1700

City: Los Angeles

State, Zip: CA 90067

Above Space for Recorders Use Only

# GRANT DEED

Title Order No. 32331495        Escrow No. DB5993-GS        APN No. 203-261-03

THE UNDERSIGNED GRANTOR(s) DECLARE(s)

DOCUMENTARY TRANSFER TAX is $ 0.00                    CITY TAX $ 0.00

The current title holders formed an LLC. Same individuals own the LLC in same percentages, so there is no change in ownership structure.

[X] Computed on full value of property conveyed, or

[ ] Computed on full value less value of liens or encumbrances remaining at time of sale,

[ ] Unincorporated area    [X] City of Carlsbad                                        , and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Gindiev Abdoulkhalik, as to an undivided 33% interest, and Aminat Sharipova, as to an undivided 33% interest

Hereby GRANT(s) to

Offcamber LLC, a California Limited Liability Company

The following described real property in the County of: San Diego                    , State of California:

354 Oak Ave, Carlsbad, CA 92008;  APN: 203-261-03-

Legal description attached hereto and made part hereof as Exhibit "A."

6/21/21
Date

THE GRANTORS AND GRANTEES IN THIS CONVEYANCE ARE COMPRISED OF THE SAME PARTIES WHO CONTINUE TO HOLD THE SAME PROPORTIONATE INTEREST IN THE PROPERTY, R&T 11925(d)

_Gindiev Abdoulkhalik by Oleg Flaksman as his attorney in fact_
Signature
Gindiev Abdoulkhalik by Oleg Flaksman as his attorney in fact

_Aminat Sharipova by Oleg Flaksman as her attorney in fact_
Signature
Aminat Sharipova by Oleg Flaksman as her attorney in fact

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not to the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

County of San Bernardino            } ss

On June 21, 2021              before me, Carol Anne Lee Notary Public
     Date                                          Name and Title of officer

personally appeared Oleg Flaksman                        who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

_Carol Anne Lee_
Notary Signature

CAROL ANNE LEE
Notary Public - California
San Bernardino County
Commission # 2341173
My Comm. Expires Jan 19, 2025

GD (03/13/2015)                    MAIL TAX STATEMENTS TO ADDRESS AS SHOWN ABOVE

28745    ORDER NO: 32331495

EXHIBIT "A"

**Parcel 1:**

The Southwesterly one half of the following described property:

All that portion of Tract 98, of Carlsbad Lands, in the City of Carlsbad, County of San Diego, State of California, according to the Map thereof No. 1661, filed in the Office of the County Recorder of San Diego County, March 1, 1915, described as follows:

Beginning at a point on the centerline of Elm Avenue, distant thereon North 55°27' East 290 feet from its intersection with the centerline of Lincoln Street, the point of beginning being the intersection of said centerline of Elm Avenue and the Northwesterly prolongation of the Northeasterly line of that tract of land conveyed by the South Coast Land Company to Alfred S. and Nellie S. Cook by Deed dated April 27, 1929 and recorded in Book 1629, Page 421 of Deeds; thence along the said centerline of Elm Avenue, North 55°27' East a distance of 99.70 feet more or less, to the Northwesterly corner of that tract of land as conveyed by the South Coast Land Company to Roy G. and Idella I. Chase, by Deed dated February 18, 1925 and recorded in Book 1056, Page 167 Records of Deeds; thence along the Southwesterly line of said Chase Tract, South 34°33' East a distance of 240.00 feet to the Southwesterly corner thereof; thence along the Southeasterly line of said Tract 98, South 55°27' West a distance of 99.70 feet more or less, to the Southeasterly corner of said Cook Tract; thence along the Northeasterly line of said Cook Tract and its Northwesterly prolongation North 34°33' West a distance of 240.00 feet to the point of beginning.

**Parcel 2:**

The Southwesterly 75 feet of the Northeasterly half of the Southeasterly half of Block 16 of the Town of Carlsbad, in the City of Carlsbad, County of San Diego, State of California, according to Map thereof No. 535, filed in the office of the County Recorder of San Diego County May 2, 1888, the Northeasterly and Southwesterly boundary lines of said parcel being parallel with the Northeasterly boundary line of said Block 16.

Assessor's Parcel No. 203-175-05 and 203-261-03

05АА2827720

# ДОВЕРЕННОСТЬ

**Город Махачкала, Республика Дагестан, двадцать седьмого марта две тысячи двадцать первого года.**

**Полномочия, которые вы предоставляете ниже, эффективны, даже если вы станете недееспособным или неправомочным.**

**Внимание:** доверенность с длительным сроком действия (действие которой не прекращается вследствие признания доверителя недееспособным) - важный юридический документ. Подписывая долговременную доверенность, вы, *доверитель,* уполномочиваете другое лицо, действовать от вашего имени. Прежде чем подписывать эту долговременную доверенность, вы должны знать следующие важные факты.

Ваш агент (*доверенное лицо*) не имеет обязательств к действию, если вы и ваш агент не договорились об ином в письменной форме. Этот документ дает вашему агенту полномочия управлять, распоряжаться, продавать и передавать вашу недвижимую и личную собственность, а также использовать вашу собственность в качестве залога, если ваш агент занимает деньги от вашего имени. Этот документ не дает вашему агенту права принимать или получать какую-либо вашу собственность, в доверительное или иное управление, в качестве подарка, если вы специальным образом не дали агенту полномочия принять или получить подарок. Ваш агент будет иметь право на получение разумной оплаты за услуги, предоставляемые в соответствии с долгосрочной доверенностью, если вы не укажете иное в этой доверенности. Полномочия, которые вы дадите своему агенту, будут действовать в течение всей вашей жизни, если вы не укажете, что долгосрочная доверенность будет действовать в течение более короткого периода времени, или если вы иным образом не прекратите действие долгосрочной доверенности.

Полномочия, которые вы даете своему агенту в этой долгосрочной доверенности, будут продолжать действовать, даже если вы больше не сможете принимать собственные решения в отношении управления своей собственностью. Вы можете скорректировать или изменить эту долговременную доверенность только путем оформления новой долговременной доверенности или внесения поправок в соответствии с теми же формальностями, что и оригинал. У вас есть право отозвать или прекратить действие этой долгосрочной доверенности в любое время, если вы обладаете соответствующей компетенцией.

Эта долговременная доверенность должна быть датирована и должна быть подтверждена нотариусом или подписана двумя свидетелями. Если оно подписано двумя свидетелями, они должны засвидетельствовать либо (1) подписание доверенности, либо (2) факт подписания доверителя, либо подтверждение его или ее подписи. Долгосрочная доверенность, которая может повлиять на недвижимое имущество, должна быть подтверждена нотариусом, чтобы ее можно было легко зарегистрировать.

Вам следует внимательно прочитать эту долговременную доверенность. Когда эта доверенность вступит в силу, она даст вашему агенту право распоряжаться имуществом, которое у вас есть сейчас или которое вы можете приобрести в будущем. Долговременная доверенность важна для вас. Если вам непонятна долгосрочная доверенность или какое-либо ее положение, вам следует обратиться за помощью к адвокату или другому квалифицированному лицу.

*Махач-*

*-кала*

Уведомление для лица, принимающего назначение в качестве доверенного лица, действуя или соглашаясь действовать в качестве агента (доверенного лица) по этой доверенности, вы принимаете на себя фидуциарные и другие юридические обязанности агента.

Эти обязанности включают:

1. Юридическое право действовать исключительно в интересах доверителя и избегать конфликта интересов.

2. Юридическую обязанность хранить собственность доверителя отдельно и отдельно от любой другой собственности, принадлежащей или контролируемой вами. Вы не можете передавать собственность доверителя себе без полного и адекватного рассмотрения или принимать в дар собственность доверителя, если эта доверенность не дает вам специального разрешения на передачу собственности самому себе или принятие в дар собственности доверителя. Если вы передаете собственность доверителя себе без специального разрешения в доверенности, вас могут привлечь к ответственности за мошенничество и/или хищение. Если доверителю исполнилось 65 лет или больше на момент передачи вам имущества без разрешения, вы также можете быть привлечены к ответственности за жестокое обращение с пожилыми людьми в соответствии с разделом 368 уголовного кодекса. Помимо уголовного преследования, вам также могут быть предъявлены иски в гражданском суде.

**Я прочитал вышеизложенное уведомление и понимаю юридические и фидуциарные обязанности, которые я беру на себя, действуя или соглашаясь действовать в качестве агента (доверенного лица) в соответствии с условиями этой доверенности.**

Дата: _____

_____
(подпись агента)
Олег Флаксман_____
(имя агента печатными буквами)

---

**Единая установленная законом форма доверенности
(Калифорнийский кодекс по наследственным делам. Раздел 4401)**

**Примечание:** полномочия, предоставленные этим документом, обширны. Они разъясняются в единой установленной законом форме доверенности (Калифорнийский кодекс по наследственным делам. Разделы 4401-4465)

Если у вас есть какие-либо вопросы об этих полномочиях, обратитесь за компетентной юридической консультацией.

Этот документ не уполномочивает кого-либо принимать за вас медицинские и другие касающиеся здоровья решения. Вы можете отозвать его доверенность, если пожелаете сделать это позже.

**Я,** гр. **ГИНДИЕВ АБДУЛХАЛИК МУСЛИМОВИЧ,** 18 августа 1948 года рождения, место рождения: гор. Махачкала, гражданство: Российская Федерация, пол: мужской, паспорт гражданина Российской Федерации 82 03 249690, выданный Советским РОВД гор. Махачкалы 23 апреля 2003 года, код подразделения 052-002, зарегистрированный по адресу: г. Москва, пр-т Марш. Жукова, д. 30, кв 33, настоящей доверенностью предоставляю

*Махач-*

-кала

**ОЛЕГУ ФЛАКСМАНУ,** проживающему по адресу: бульвар В.Футхилл 255, квартира 205, Аплэнд СА91786:

Чтобы предоставить все следующие полномочия, инициализируйте строчку перед (N) и игнорируйте строчки перед другими полномочиями.

Чтобы предоставить одно или несколько, что меньше, чем все, из следующих полномочий, инициализируйте строчку перед каждым полномочием, которое вы предоставляете.

Чтобы воздержаться от передачи полномочия, не инициализируйте строчку перед ней. Вы можете, но не обязаны, зачеркивать каждое не предоставляемое полномочие.

| Предоставляется | (A) | Сделки с недвижимостью |
| --- | --- | --- |
| | (B) | Сделки с материальным движимым имуществом |
| | (C) | Сделки с акциями и облигациями |
| | (D) | Товарные и опционные сделки |
| Предоставляется | (E) | Банковские операции и операции с другими финансовыми учреждениями |
| | (F) | Сделки с бизнес операциями |
| | (G) | Страхование и аннуитет сделки |
| | (H) | Имущественные, трастовые и другие сделки с бенефициаром |
| Предоставляется | (I) | Претензии и судебные тяжбы |
| | (J) | Личное и семейное содержание |
| | (K) | Пособия по социальному обеспечению, медицинскому обслуживанию, медицинской помощи, другим государственным программам, а также гражданская или военная служба |
| | (L) | Сделки по пенсионному плану |
| Предоставляется | (M) | Налоговые вопросы |
| | (N) | *Все полномочия, перечислены выше. Вам не нужно инициализировать какие-либо другие строки, если вы инициализируете строку N* |

Если иное не указано выше, эта доверенность вступает в силу немедленно и будет действовать до тех пор, пока она не будет отозвана.

Эта доверенность будет продолжать действовать даже после того, как я стану недееспособным.

*Вычеркните предыдущее предложение, если вы не хотите, чтобы действие этой доверенности продолжалось в случае потери дееспособности, исполнение доверенности, если назначено более одного агента.*

Я согласен с тем, что любая третья сторона, получившая копию этого документа, может действовать в соответствии с ним. Отзыв доверенности не имеет силы в отношении третьей стороны, если третье лицо действительно знает об отзыве. Я согласен освободить третью сторону от любых претензий, которые возникают к третьей стороне в связи с использованием этой доверенности.

*Махач-*

-кала

Доверенность выдана сроком на три года, с запретом на передоверие полномочий по настоящей доверенности другим лицам.

Содержание статей 187-189 Гражданского кодекса Российской Федерации доверителю разъяснено.

Настоящая доверенность составлена в двух экземплярах, один из которых хранится в делах нотариуса Махачкалинского нотариального округа Республики Дагестан Эминовой Э.Р. по адресу: город Махачкала, улица Ярагского, дом 106, другой выдается ГИНДИЕВУ АБДУЛХАЛИКУ МУСЛИМОВИЧУ.

Я, как участник сделки, понимаю разъяснения нотариуса о правовых последствиях совершаемой сделки. Условия сделки соответствуют моим действительным намерениям.

Информация, установленная нотариусом с моих слов, внесена в текст сделки верно.

доверитель _Гиндиев Абдулхалик Муслимович - Подпись_

**Российская Федерация**

**Город Махачкала, Республика Дагестан**

**Двадцать седьмого марта две тысячи двадцать первого года**

Настоящая доверенность удостоверена мной, Эминовой Эльмирой Рамазановной, нотариусом Махачкалинского нотариального округа Республики Дагестан.

Содержание доверенности соответствует волеизъявлению заявителя.

Доверенность подписана в моем присутствии.

Личность заявителя установлена, дееспособность проверена.

Зарегистрировано в реестре: № 05/154-н/05-2021-1-1099.

Уплачено за совершение нотариального действия: 1300 руб. 00 коп.

Э.Р.Эминова



7.403.310

# POWER OF ATTORNEY

## Makhachkala, Republic of Dagestan, the twenty-seventh of March, two thousands and twenty-one

The powers you grant below are effective even if you become disabled or incompetent

CAUTION: A DURABLE POWER OF ATTORNEY IS AN IMPORTANT LEGAL DOCUMENT. BY SIGNING THE DURABLE POWER OF ATTORNEY, YOU ARE AUTHORIZING ANOTHER PERSON TO ACT FOR YOU. THE PRINCIPAL. BEFORE YOU SIGN THIS DURABLE POWER OF ATTORNEY, YOU SHOULD KNOW THESE IMPORTANT FACTS: YOUR AGENT (ATTORNEY-IN-FACT) HAS NO DUTY TO ACT UNLESS YOU AND YOUR AGENT AGREE OTHERWISE IN WRITING. THIS DOCUMENT GIVES YOUR AGENT THE POWERS TO MANAGE. DISPOSE OF. SELL, AND CONVEY YOUR REAL AND PERSONAL PROPERTY. AND TO USE YOUR PROPERTY AS SECURITY IF YOUR AGENT BORROWS MONEY ON YOUR BEHALF. THIS DOCUMENT DOES NOT GIVE YOUR AGENT THE POWER TO ACCEPT OR RECEIVE ANY OF YOUR PROPERTY, IN TRUST OR OTHERWISE, AS A GIFT. UNLESS YOU SPECIFICALLY AUTHORIZE THE AGENT TO ACCEPT OR RECEIVE A GIFT. YOUR AGENT WILL HAVE THE RIGHT TO RECEIVE REASONABLE PAYMENT FOR SERVICES PROVIDED UNDER THIS DURABLE POWER OF ATTORNEY UNLESS YOU PROVIDE OTHERWISE IN THIS POWER OF ATTORNEY. THE POWERS YOU GIVE YOUR AGENT WILL CONTINUE TO EXIST FOR YOUR ENTIRE LIFETIME, UNLESS YOU STATE THAT THE DURABLE POWER OF ATTORNEY WILL LAST FOR A SHORTER PERIOD OF TIME OR UNLESS YOU OTHERWISE TERMINATE THE DURABLE POWER OF ATTORNEY.

THE POWERS YOU GIVE YOUR AGENT IN THIS DURABLE POWER OF ATTORNEY WILL CONTINUE TO EXIST EVEN IF YOU CAN NO LONGER MAKE YOUR OWN DECISIONS RESPECTING THE MANAGEMENT OF YOUR PROPERTY. YOU CAN AMEND OR CHANGE THIS DURABLE POWER OF ATTORNEY ONLY BY EXECUTING A NEW DURABLE POWER OF ATTORNEY OR BY EXECUTING AN AMENDMENT THROUGH THE SAME FORMALITIES AS AN ORIGINAL. YOU HAVE THE RIGHT TO REVOKE OR TERMINATE THIS DURABLE POWER OF ATTORNEY AT ANY TIME, SO LONG AS YOU ARE COMPETENT.

THIS DURABLE POWER OF ATTORNEY MUST BE DATED AND MUST BE ACKNOWLEDGED BEFORE A NOTARY PUBLIC OR SIGNED BY TWO WITNESSES. IF IT IS SIGNED BY TWO WITNESSES, THEY MUST WITNESS EITHER (1) THE SIGNING OF THE POWER OF ATTORNEY OR (2) THE PRINCIPAL'S SIGNING OR ACKNOWLEDGMENT OF HIS OR HER SIGNATURE. A DURABLE POWER OF ATTORNEY THAT MAY AFFECT REAL PROPERTY SHOULD BE ACKNOWLEDGED BEFORE A NOTARY PUBLIC SO THAT IT MAY EASILY BE RECORDED.

YOU SHOULD READ THIS DURABLE POWER OF ATTORNEY CAREFULLY. WHEN EFFECTIVE. THIS DURABLE POWER OF ATTORNEY WILL GIVE YOUR AGENT THE RIGHT TO DEAL WITH PROPERTY THAT YOU NOW HAVE OR MIGHT ACQUIRE IN THE FUTURE. THE DURABLE POWER OF ATTORNEY IS IMPORTANT TO YOU. IF YOU DO NOT UNDERSTAND THE DURABLE POWER OF

ASSISTANCE OF AN ATTORNEY OR OTHER QUALIFIED PERSON.

NOTICE TO PERSON ACCEPTING THE APPOINTMENT AS ATTORNEY-IN-FACT BY ACTING OR AGREEING TO ACT AS THE AGENT (ATTORNEY-IN-FACT) UNDER THIS POWER OF ATTORNEY YOU ASSUME THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT. THESE RESPONSIBILITIES INCLUDE:

1. THE LEGAL DUTY TO ACT SOLELY IN THE INTEREST OF THE PRINCIPAL AND TO AVOID CONFLICTS OF INTEREST.

2. THE LEGAL DUTY TO KEEP THE PRINCIPAL'S PROPERTY SEPARATE AND DISTINCT FROM ANY OTHER PROPERTY OWNED OR CONTROLLED BY YOU. YOU MAY NOT TRANSFER THE PRINCIPAL'S PROPERTY TO YOURSELF WITHOUT FULL AND ADEQUATE CONSIDERATION OR ACCEPT A GIFT OF THE PRINCIPAL'S PROPERTY UNLESS THIS POWER OF ATTORNEY SPECIFICALLY AUTHORIZES YOU TO TRANSFER PROPERTY TO YOURSELF OR ACCEPT A GIFT OF THE PRINCIPAL S PROPERTY. IF YOU TRANSFER THE PRINCIPAL'S PROPERTY TO YOURSELF WITHOUT SPECIFIC AUTHORIZATION IN THE POWER OF ATTORNEY, YOU MAY BE PROSECUTED FOR FRAUD AND/OR EMBEZZLEMENT II THE PRINCIPAL IS 65 YEARS OF AGE OR OLDER AT THE TIME IMAT THE PROPERTY IS TRANSFERRED TO YOU WITHOUT AUTHORITY, YOU MAY ALSO BE PROSECUTED FOR ELDER ABUSE UNDER PENAL CODE SECTION 368. IN ADDITION TO CRIMINAL PROSECUTION. YOU MAY ALSO BE SUED IN CIVIL COURT. I HAVE READ THE FOREGOING NOTICE AND I UNDERSTAND THE LEGAL AND FIDUCIARY DUTIES THAT I ASSUME BY ACTING OR AGREEING TO ACT AS THE AGENT (ATTORNEY-IN-FACT) UNDER THE TERMS OF THIS POWER OF ATTORNEY.

DATE: _____

_____
(SIGNATURE OF AGENT)
Oleg Flaksman
_____
(PRINT NAME OF AGENT)

**UNIFORM STATUTORY FORM POWER OF ATTORNEY**
**(California Probate Code Section 4401 Prob.)**

**NOTICE: The powers granted by this document are broad and sweeping they are explained in the uniform st atutory form power of attorney act (California probate code sections 4400 Prob. - 4465 Prob.).**

**If you have any questions about these powers. obtain competent legal advice. this document does not authorize anyone to make medical and other health-care decisions for you. you may revoke his power of attorney if you later wish to do so.**

**I, GINDIEV ABDULKHALIK MUSLIMOVICH,** born on August 18, 1948, place of birth: Makhachkala, citizenship: Russian Federation, gender: male, passport of a citizen of the Russian Federation 82 03 249690, issued by the Department of the Interior of the Sovetski district of Makhachkala on April 23, 2003, subdivision code 052-002, registered at the address: Moscow, pr. Marshal Zhukov, 30, flat 33,

appoint ____ Oleg Flaksman, 255 W Foothill Blvd Suite 205, Upland CA 91786 ____

(name and address of the person appointed, or of each person appointed if you want to designate more than one)

as my agent (attorney-in-fact) to act for me in any lawful way with respect to the following initiated subjects:

To grant all of the following powers. initial the line in front of (N) and ignore the lines in front of the other powers.

To grant one or more, but fewer than all, of the following powers. initial the line in front of each power you are granting.

To withhold a power, do not initial the line in front of it, you may but need not, cross out each power withheld.

INITIAL    (A) Real property transactions.
             (B) Tangible personal property transactions.
             (C) Stock and bond transactions.
             (D) Commodity and option transactions.
INITIAL    (E) Banking and other financial institution transactions.
             (F) Business operating transactions.
             (G) Insurance and annuity transactions.
             (H) Estate, trust, and other beneficiary transaction.
INITIAL    (I) Claims and litigation.
             (J) Personal and family maintenance.
             (K) Benefits from social security, medicare, medicaid, of other
                   governmental programs, or civil or military service.
             (L) Retirement plan transactions.
INITIAL    (M) Tax matters.
             (N) ALL OF THE POWERS LISTED ABOVE. YOU NEED NOT
                   INITIAL ANY OTHER LINES IF YOU INITIAL LINE (N).

UNLESS YOU DIRECT OTHERWISE ABOVE, THIS POWER OF ATTORNEY IS EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT IS REVOKED.

This power of attorney will continue to be effective even though I become incapacitated.

Strike the preceding sentence if you do not want this power of attorney to continue if you become incapacitated exercise of power of attorney where more than one agent designated.

I agree that any third party who receives a copy of this document may act under it. Revocation of the power of attorney is not effective as to a third party until the third party has actual knowledge of the revocation I agree to indemnify live third party for any claims that arise against the third party because of reliance on this power of attorney.

The Power of Attorney was issued for a period of three years, with a prohibition on subdelegation of powers under this power of attorney to another person.

The content of Articles 185-189 of the Civil Code of the Russian Federation has been explained to the principal.

This power of attorney is drawn up in two copies, one of which is kept in the files of the notary E.R. Eminova of the Makhachkala notary district of the Dagestan Republic at the address: the city of Makhachkala, Yaragsky street, house 106, the other is given to GINDIEV ABDULKHALIK MUSLIMOVICH.

I, as a party to the transaction, understand the explanations of the notary about the legal consequences of the transaction being made. The terms of the deal correspond to my actual intentions.

The information stated by the notary from my words was entered into the text of the transaction correctly.

the principal _____

*full name in Russian /signature/*

## Russian Federation
## Makhachkala, Republic of Dagestan
## The twenty-seventh of March, two thousands and twenty-one

This power of attorney is certified by me, Eminova Elmira Ramazanovna, the notary of the Makhachkala notary district of the Republic of Dagestan.

The content of the power of attorney corresponds to the will of the applicant.

The power of attorney was signed in my presence. The applicant's identity has been established, his legal capacity has been verified.

Registered in the register: **No. 05/154-н/05-2021-1-1099**.

Paid for the performance of a notarial act: 1300 rubles

*round seal of the notary, signature, E.R. Eminova*

translator Абакарова Аминат Разгеновна

**Российская Федерация**

**Город Махачкала, Республика Дагестан**

**Двадцать седьмого марта две тысячи двадцать первого года**

Я, Эминова Эльмира Рамазановна, нотариус Махачкалинского нотариального округа Республики Дагестан, свидетельствую подлинность подписи переводчика АБАКАРОВОЙ АЛИПАТ ГАДЖИЕВНЫ.

Подпись сделана в моем присутствии.

Личность подписавшего документ установлена.

Зарегистрировано в реестре: № **05/154-н/05-2021-1-1100**.

Уплачено за совершение нотариального действия: 300 руб. 00 коп.

Э.Р.Эминова



APOSTILLE

(Convention de la Haye du 5 octobre 1961)

1. Страна Российская федерация

Настоящий официальный документ

2. был подписан _Эминовой Э.Р._

3. выступающим в качестве _нотариуса_
_г. Махачкала Республики Дагестан_

4. Скреплен печатью/штампом _нотариуса_
_г. Махачкала Республики_
_Дагестан_

УДОСТОВЕРЕНО

5. в _г. Махачкала_    6. _31.03.2021г_
_П.Ш. Шамшидовым начальником_
_Управления Минюста России по РД_

8.За № _02-074-21_

9.М.П.    10. Подпись

# Government Code 27361.7

**Under the provisions of Government Code 27361.7, I certify under the penalty of perjury that the following is true copy of illegible wording found in the attached**

Seal:
Convention de la Haye du 5 Octobre 1961
notary Makhachkala Republic of
Dagestan.
Office of The Russian Ministry of
Justice in the Republic of Dagestan

For clarity of Apostille

**Place of Execution:** _Cerritos_

**Pasion Title Inc. as agent**

R. Ponce

**Date:** _7/27 2021_

APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. Country: Russian Federation
This public document
2. Was signed by *E. R. Eminova*
3. Acting in the capacity of *notary*
*Makhachkala, Republic of Dagestan*
4. Bears the seal/stamp of *notary,*
*Makhachkala, Republic of Dagestan*

Certified

5. at *Makhachkala*                    6. *March 31, 2021*
7. *U.-Kh. Shakhmanaev, head of the*
*Office of the Russian Ministry of Justice in the Republic of Dagestan*
8. No. [illegible]*/74-21*
9. L. S. [Round seal]                    10. Signature /Signature/



**HUGH NGUYEN**
CLERK-RECORDER

PROPERTY RECORDS
BIRTH AND DEATH RECORDS
MARRIAGE LICENSES/RECORDS
PASSPORTS
FICTITIOUS BUSINESS NAMES
NOTARY REGISTRATION
ORANGE COUNTY ARCHIVES

## INTERPRETER/TRANSLATOR CERTIFICATION
PURSUANT TO CALIFORNIA GOVERNMENT CODE SECTION 27293

There having been presented to the undersigned, **Hugh Nguyen, Orange County Clerk-Recorder** of the State of California, a translation from <u>Russian</u> into English of a <u>Power of Attorney signed by Abdulkhalik Gindiev</u> which translation of said document was done by <u>Elizabeth Adams</u>,

☐ a *Certified/Registered Court Interpreter.*
☒ an *Accredited Translator registered with the American Translators Association.*

Said interpreter/translator has sworn that this translation is a true and accurate translation as evidenced by the declaration of said interpreter/translator, affixed to the translated copy of said document. The County Clerk having verified the certification/registration valid and current for this interpreter/translator in the statewide database for:

☐ *California Courts/Court Interpreters*
☒ *American Translators Association*

**Based upon the declaration of the interpreter/translator attesting to the correctness of the translation, I certify in accordance with the provision of Section 27293 of the Government Code of the State of California that the attached translator has been verified.**

In Witness Whereof, I have hereunto set my hand and affixed the seal of said County Clerk-Recorder this 07/19/2021.

Hugh Nguyen, Orange County Clerk-Recorder

_____
Casandra Gonzalez, Deputy Clerk-Recorder

(Purple Seal)

NORTH COUNTY BRANCH OFFICE
WELLS FARGO BUILDING
222 S. HARBOR BLVD., STE 110
ANAHEIM, CALIFORNIA 92805

ORANGE COUNTY
COUNTY ADMINISTRATION SOUTH
601 N. ROSS STREET
SANTA ANA, CALIFORNIA 92701

OLD ORANGE COUNTY
COURTHOUSE
211 W. SANTA ANA BLVD. ROOM 201
SANTA ANA, CALIFORNIA 92701

SOUTH COUNTY BRANCH OFFICE
LAGUNA HILLS CIVIC CENTER
24031 EL TORO ROAD, SUITE 150
LAGUNA HILLS, CALIFORNIA 92653

(714) 834-2500 ♦ FAX (714) 834-2675 ♦ WWW.OCRECORDER.COM ♦ WWW.OCARCHIVES.COM



**Hugh Nguyen**
**Orange County Clerk-Recorder**
P.O. Box 238, Santa Ana, CA 92702
601 N. Ross Street, Santa Ana, CA 92701

# Interpreter/Translator Declaration and Certification
### Please Print or Type Clearly – Use Black Ink Only

I, **Elizabeth Adams** , declare that I am a:
*(Name of Interpreter/Translator)*

☐ Certified / Registered Court Interpreter    ☒ An accredited translator registered with the American Translators Association

I am certified/registered to interpret/translate from the **RUSSIAN** to the English language.
*(foreign language)*

My certification number is **458102** .
*(if applicable)*

I further declare that I have translated the attached document from the **RUSSIAN** language
to the English language.    *(foreign language)*

I declare to the best of my abilities and belief , that is true and accurate translation of the **RUSSIAN**
*(foreign language)*
language text of the **POWER OF ATTORNEY SIGNED BY ABDULKHALIK GINDIEV.**
*(title of document)*

### Specific Description of the Document
**POA, NOTARIAL STATEMENT, APOSTILLE**
*(Type brief description of document)*

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

This declaration is signed this **12** day of **July** , 20**21** in **Everett** , ~~California~~ **WASHINGTON**.
*(day)          (month)          (year)          (location)*

**ELIZABETH ADAMS**
Print name of Certified/Registered Court Interpreter or Accredited Translator registered with the American Translators Association

**E. Adams**
Signature of Certified/Registered Court Interpreter or Accredited Translator registered with the American Translators Association

### Certificate of Acknowledgment

*A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.*

State of **Washington**

County of **Snohomish**

On **7-12-2021** before me, **Janet H. McNeil** , personally appeared
**Elizabeth Adams** , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the forgoing paragraph is true and correct.
WITNESS my hand and official seal

**Notary Public**
**State of Washington**
**JANET H MCNEIL**
**LICENSE # 136037**
**MY COMMISSION EXPIRES**
**JANUARY 6, 2025**
*(Seal)*

**Janet H. McNeil**
(Notary Signature)

05AA2827720

## POWER OF ATTORNEY

**Makhachkala, Republic of Dagestan,**
**the twenty-seventh of March, two thousand and twenty-one**

The powers you grant below are effective even if you become disabled or incompetent.

Caution: A durable power of attorney (a power of attorney that remains in effect if the principal is found to be disabled) is an important legal document. By signing the durable power of attorney, you, the *principal*, are authorizing another person to act for you. The principal. Before you sign this durable power of attorney, you should know these important facts.

Your agent (*attorney-in-fact*) has no duty to act unless you and your agent agree otherwise in writing. This document gives your agent the powers to manage, dispose of, sell, and convey your real and personal property and to use your property as security if your agent borrows money on your behalf. This document does not give your agent the power to accept or receive any of your property, in trust or otherwise, as a gift unless you specifically authorize the agent to accept or receive a gift. Your agent will have the right to receive reasonable payment for services provided under this durable power of attorney unless you provide otherwise in this power of attorney. The powers you give your agent will continue to exist for your entire lifetime, unless you state that the durable power of attorney will last for a shorter period of time or unless you otherwise terminate the durable power of attorney.

The powers you give your agent in this durable power of attorney will continue to exist even if you can no longer make your own decisions respecting the management of your property. You can amend or change this durable power of attorney only by executing a new durable power of attorney or by executing an amendment through the same formalities as an original. You have the right to revoke or terminate this durable power of attorney at any time, so long as you are competent.

This durable power of attorney must be dated and must be acknowledged before a notary public or signed by two witnesses. If it is signed by two witnesses, they must witness either (1) the signing of the power of attorney or (2) the principal's signing or acknowledgment of his or her signature. A durable power of attorney that may affect real property should be acknowledged before a notary public so that it may easily be recorded.

You should read this durable power of attorney carefully. When effective. This durable power of attorney will give your agent the right to deal with property that you now have or might acquire in the future. The durable power of attorney is important to you. If you do not understand the durable power of attorney, or any provision of it, then you should obtain the assistance of an attorney or other qualified person.

Makhach-

-kala

Notice to person accepting the appointment as attorney-in- fact by acting or agreeing to act as the agent (attorney-in-fact) under this power of attorney: you assume the fiduciary and other legal responsibilities of an agent. These responsibilities include:

1. The legal duty to act solely in the interest of the principal and to avoid conflicts of interest.

2. The legal duty to keep the principal's property separate and distinct from any other property owned or controlled by you. You may not transfer the principal's property to yourself without full and adequate consideration or accept a gift of the principal's property unless this power of attorney specifically; authorizes you to transfer property to yourself or accept a gift of the principal s property. If you transfer the principal's property to yourself without specific authorization in the power of attorney, you may be prosecuted for fraud and/or embezzlement if the principal is 65 years of age or older at the time that the property is transferred to you without authority. You may also be prosecuted for elder abuse under penal code section 368. In addition to criminal prosecution. You may also be sued in civil court.

**I have read the foregoing notice and I understand the legal and fiduciary duties that I assume by acting or agreeing to act as the agent (attorney-in-fact) under the terms of this power of attorney.**

DATE: _____


_____
(SIGNATURE OF AGENT)
Oleg Flaksman_____
(PRINT NAME OF AGENT)

---

**UNIFORM STATUTORY FORM POWER OF ATTORNEY**
**(California Probate Code Section 4401 Prob.)**

**Notice:** The powers granted by this document are broad and sweeping they are explained in the uniform statutory form power of attorney act (California probate code sections 4400 Prob. - 4465 Prob.).

If you have any questions about these powers, obtain competent legal advice.

This document does not authorize anyone to make medical and other health-care decisions for you. you may revoke his power of attorney if you later wish to do so.

**I, ABDULKHALIK MUSLIMOVICH GINDIEV,** born on August 18, 1948, place of birth: Makhachkala, citizenship: Russian Federation, gender: male, Russian Federation passport 82 03 249690, issued by the Soviet district Department of the Interior in Makhachkala on April 23, 2003, subdivision code 052-002, registered at the address: Moscow, 30 Marhsall Zhukov Prospect, Apt. 33, hereby appoint

-kala

## 05AA2827721

**OLEG FLAKSMAN**, residing at 255 W Foothill Blvd Suite 205, Upland CA 91786:

> To grant all of the following powers, initial the line in front of (N) and ignore the lines in front of the other powers.

> To grant one or more, but fewer than all, of the following powers, initial the line in front of each power you are granting.

> To withhold a power, do not initial the line in front of it, you may but need not, cross out each power withheld.

| | | |
|---|---|---|
| Granted | (A) | Real estate transactions |
| | (B) | Tangible personal property transactions |
| | (C) | Stock and bond transactions |
| | (D) | Commodity and option transactions |
| Granted | (E) | Banking and other financial institution transactions |
| | (F) | Business operating transactions |
| | (G) | Insurance and annuity transactions |
| | (H) | Estate, trust, and other beneficiary transactions |
| Granted | (I) | Claims and litigation |
| | (J) | Personal and family maintenance |
| | (K) | Benefits from social security, medicare, medicaid, or other government programs, or civil or military service |
| | (L) | Retirement plan transactions |
| Granted | (M) | Tax matters |
| | (N) | *All of the powers listed above. You need not initial any other lines if you initial line (N).* |

> Unless you direct otherwise above, this power of attorney is effective immediately and will continue until it is revoked.
> This power of attorney will continue to be effective even though I become incapacitated.

> *Strike the preceding sentence if you do not want this power of attorney to continue if you become incapacitated, exercise of power of attorney where more than one agent designated.*

> I agree that any third party who receives a copy of this document may act under it. Revocation of the power of attorney is not effective as to a third party until the third party has actual knowledge of the revocation I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

Makhach-

-kala

**The Power of Attorney was issued for a period of three years, with a prohibition on subdelegation of powers under this power of attorney to another person.**

**The content of Articles 185-189 of the Civil Code of the Russian Federation has been explained to the principal.**

This power of attorney is drawn up in two counterparts, one of which is kept in the files of the notary E.R. Eminova of the Makhachkala notary district in the Republic of Dagestan at the address: Makhachkala, 106 Yaragsky street, the other is given to ABDULKHALIK MUSLIMOVICH GINDIEV.

I, as a party to the transaction, understand the explanations of the notary about the legal consequences of the transaction being made. The terms of the deal correspond to my actual intentions.

The information stated by the notary from my words was entered into the text of the transaction correctly.

*principal ABDULKHALIK MUSLIMOVICH GINDIEV*    /Signature/

**Russian Federation**
**Makhachkala, Republic of Dagestan**
**The twenty-seventh of March, two thousands and twenty-one**

This power of attorney is authenticated by me, Elmira Ramazanovna Eminova, notary of the Makhachkala notary district in the Republic of Dagestan.

The content of the power of attorney corresponds to the will of the applicant.

The power of attorney was signed in my presence.

The applicant's identity was established and her legal capacity was verified.

Registered in the register: **No. 05/154-H/05-2021-1-1099.**

Paid for the performance of a notarial act: 1,300 rubles

[Round seal of the notary]         /Signature/              E.R. Eminova

**Russian Federation**
**Makhachkala, Republic of Dagestan**
**Twenty-seventh day of March, two thousand and twenty-one**

I, Elmira Ramazanovna Eminova, a notary of the Makhachkala notary district in the Republic of Dagestan, authenticate the signature of translator ALIPAT GADZHIEVNA ABAKAROVA.
The signature was made in my presence.
The signer's identity was verified.

Registered in the register: **No. 05/154-H/05-2021-1-1100**

Paid for the performance of a notarial act: 300 rubles

[Round seal of the notary]                    /Signature/                    E.R. Eminova

[Star seal: illegible]
[Round seal of the notary]
27 [Illegible] 2021
/Signature/

```
APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. Country: Russian Federation
This public document
2. Was signed by E. R. Eminova
3. Acting in the capacity of notary
Makhachkala, Republic of Dagestan
4. Bears the seal/stamp of notary,
Makhachkala, Republic of Dagestan

                    Certified
5. at Makhachkala          6. March 31, 2021
7. U.-Kh. Shakhmanaev, head of the
Office of the Russian Ministry of Justice in the Republic of Dagestan
8. No. [illegible]/74-21
9. L. S. [Round seal]          10. Signature /Signature/
```



## 05АА2827720
# ДОВЕРЕННОСТЬ

**Город Махачкала, Республика Дагестан, двадцать седьмого марта две тысячи двадцать первого года.**



**Полномочия, которые вы предоставляете ниже, эффективны, даже если вы станете недееспособным или неправомочным.**

**Внимание:** доверенность с длительным сроком действия (действие которой не прекращается вследствие признания доверителя недееспособным) - важный юридический документ. Подписывая долговременную доверенность, вы, *доверитель*, уполномочиваете другое лицо, действовать от вашего имени. Прежде чем подписывать эту долговременную доверенность, вы должны знать следующие важные факты.

Ваш агент (*доверенное лицо*) не имеет обязательств к действию, если вы и ваш агент не договорились об ином в письменной форме. Этот документ дает вашему агенту полномочия управлять, распоряжаться, продавать и передавать вашу недвижимую и личную собственность, а также использовать вашу собственность в качестве залога, если ваш агент занимает деньги от вашего имени. Этот документ не дает вашему агенту права принимать или получать какую-либо вашу собственность, в доверительное или иное управление, в качестве подарка, если вы специальным образом не дали агенту полномочия принять или получить подарок. Ваш агент будет иметь право на получение разумной оплаты за услуги, предоставляемые в соответствии с долгосрочной доверенностью, если вы не укажете иное в этой доверенности. Полномочия, которые вы дадите своему агенту, будут действовать в течение всей вашей жизни, если вы не укажете, что долгосрочная доверенность будет действовать в течение более короткого периода времени, или если вы иным образом не прекратите действие долгосрочной доверенности.

Полномочия, которые вы даете своему агенту в этой долгосрочной доверенности, будут продолжать действовать, даже если вы больше не сможете принимать собственные решения в отношении управления своей собственностью. Вы можете скорректировать или изменить эту долговременную доверенность только путем оформления новой долговременной доверенности или внесения поправок в соответствии с теми же формальностями, что и оригинал. У вас есть право отозвать или прекратить действие этой долгосрочной доверенности в любое время, если вы обладаете соответствующей компетенцией.

Эта долговременная доверенность должна быть датирована и должна быть подтверждена нотариусом или подписана двумя свидетелями. Если оно подписано двумя свидетелями, они должны засвидетельствовать либо (1) подписание доверенности, либо (2) факт подписания доверителя, либо подтверждение его или ее подписи. Долгосрочная доверенность, которая может повлиять на недвижимое имущество, должна быть подтверждена нотариусом, чтобы ее можно было легко зарегистрировать.

Вам следует внимательно прочитать эту долговременную доверенность. Когда эта доверенность вступит в силу, она даст вашему агенту право распоряжаться имуществом, которое у вас есть сейчас или которое вы можете приобрести в будущем. Долговременная доверенность важна для вас. Если вам непонятна долгосрочная доверенность или какое-либо ее положение, вам следует обратиться за помощью к адвокату или другому квалифицированному лицу.

*Махач-*

Уведомление для лица, принимающего назначение в качестве доверенного лица, действуя или соглашаясь действовать в качестве агента (доверенного лица) по этой доверенности, вы принимаете на себя фидуциарные и другие юридические обязанности агента.

Эти обязанности включают:

1. Юридическое право действовать исключительно в интересах доверителя и избегать конфликта интересов.

2. Юридическую обязанность хранить собственность доверителя отдельно и отдельно от любой другой собственности, принадлежащей или контролируемой вами. Вы не можете передавать собственность доверителя себе без полного и адекватного рассмотрения или принимать в дар собственность доверителя, если эта доверенность не дает вам специального разрешения на передачу собственности самому себе или принятие в дар собственности доверителя. Если вы передаете собственность доверителя себе без специального разрешения в доверенности, вас могут привлечь к ответственности за мошенничество и/или хищение. Если доверителю исполнилось 65 лет или больше на момент передачи вам имущества без разрешения, вы также можете быть привлечены к ответственности за жестокое обращение с пожилыми людьми в соответствии с разделом 368 уголовного кодекса. Помимо уголовного преследования, вам также могут быть предъявлены иски в гражданском суде.

Я прочитал вышеизложенное уведомление и понимаю юридические и фидуциарные обязанности, которые я беру на себя, действуя или соглашаясь действовать в качестве агента (доверенного лица) в соответствии с условиями этой доверенности.

Дата: _____

_____
(подпись агента)
Олег Флаксман
(имя агента печатными буквами)

_____

**Единая установленная законом форма доверенности**
**(Калифорнийский кодекс по наследственным делам. Раздел 4401)**

Примечание: полномочия, предоставленные этим документом, обширны. Они разъясняются в единой установленной законом форме доверенности (Калифорнийский кодекс по наследственным делам. Разделы 4401-4465)

Если у вас есть какие-либо вопросы об этих полномочиях, обратитесь за компетентной юридической консультацией.

Этот документ не уполномочивает кого-либо принимать за вас медицинские и другие касающиеся здоровья решения. Вы можете отозвать его доверенность, если пожелаете сделать это позже.

Я, гр. **ГИНДИЕВ АБДУЛХАЛИК МУСЛИМОВИЧ**, 18 августа 1948 года рождения, место рождения: гор. Махачкала, гражданство: Российская Федерация, пол: мужской, паспорт гражданина Российской Федерации 82 03 249690, выданный Советским РОВД гор. Махачкалы 23 апреля 2003 года, код подразделения 052-002, зарегистрированный по адресу: г. Москва, пр-т Марш. Жукова, д. 30, кв. 33, настоящей доверенностью предоставляю



**ОЛЕГУ ФЛАКСМАНУ**, проживающему по адресу: бульвар В.Футхилл 255, квартира 205, Аплэнд СА91786:

Чтобы предоставить все следующие полномочия, инициализируйте строчку перед (N) и игнорируйте строчки перед другими полномочиями.

Чтобы предоставить одно или несколько, что меньше, чем все, из следующих полномочий, инициализируйте строчку перед каждым полномочием, которое вы предоставляете.

Чтобы воздержаться от передачи полномочия, не инициализируйте строчку перед ней. Вы можете, но не обязаны, зачеркивать каждое не предоставляемое полномочие.

| | | |
|---|---|---|
| Предоставляется | (A) | Сделки с недвижимостью |
| | (B) | Сделки с материальным движимым имуществом |
| | (C) | Сделки с акциями и облигациями |
| | (D) | Товарные и опционные сделки |
| Предоставляется | (E) | Банковские операции и операции с другими финансовыми учреждениями |
| | (F) | Сделки с бизнес операциями |
| | (G) | Страхование и аннуитет сделки |
| | (H) | Имущественные, трастовые и другие сделки с бенефициаром |
| Предоставляется | (I) | Претензии и судебные тяжбы |
| | (J) | Личное и семейное содержание |
| | (K) | Пособия по социальному обеспечению, медицинскому обслуживанию, медицинской помощи, другим государственным программам, а также гражданская или военная служба |
| | (L) | Сделки по пенсионному плану |
| Предоставляется | (M) | Налоговые вопросы |
| | (N) | *Все полномочия, перечислены выше. Вам не нужно инициализировать какие-либо другие строки, если вы инициализируете строку N* |

Если иное не указано выше, эта доверенность вступает в силу немедленно и будет действовать до тех пор, пока она не будет отозвана.

Эта доверенность будет продолжать действовать даже после того, как я стану недееспособным.

*Вычеркните предыдущее предложение, если вы не хотите, чтобы действие этой доверенности продолжалось в случае потери дееспособности, исполнение доверенности, если назначено более одного агента.*

Я согласен с тем, что любая третья сторона, получившая копию этого документа, может действовать в соответствии с ним. Отзыв доверенности не имеет силы в отношении третьей стороны, если третье лицо действительно знает об отзыве. Я согласен освободить третью сторону от любых претензий, которые возникают к третьей стороне в связи с использованием этой доверенности.

*Махач-*

Доверенность выдана сроком на три года, с запретом на передоверие полномочий по настоящей доверенности другим лицам.

Содержание статей 187-189 Гражданского кодекса Российской Федерации доверителю разъяснено.

Настоящая доверенность составлена в двух экземплярах, один из которых хранится в делах нотариуса Махачкалинского нотариального округа Республики Дагестан Эминовой Э.Р. по адресу: город Махачкала, улица Ярагского, дом 106, другой выдается ГИНДИЕВУ АБДУЛХАЛИКУ МУСЛИМОВИЧУ.

Я, как участник сделки, понимаю разъяснения нотариуса о правовых последствиях совершаемой сделки. Условия сделки соответствуют моим действительным намерениям.

Информация, установленная нотариусом с моих слов, внесена в текст сделки верно.

доверитель *Гиндиев Абдулхалик Муслимович — Подпись*

**Российская Федерация**

**Город Махачкала, Республика Дагестан**

**Двадцать седьмого марта две тысячи двадцать первого года**

Настоящая доверенность удостоверена мной, Эминовой Эльмирой Рамазановной, нотариусом Махачкалинского нотариального округа Республики Дагестан.

Содержание доверенности соответствует волеизъявлению заявителя.

Доверенность подписана в моем присутствии.

Личность заявителя установлена, дееспособность проверена.

Зарегистрировано в реестре: № 05/154-н/05-2021-1-1099.

Уплачено за совершение нотариального действия: 1300 руб. 00 коп.

Э.Р.Эминова

7.403.310